# Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLANTIFF United States of America | COURT CASE NUMBER 05-1364 (RBW) |
|---|---|
| DEFENDANT Seventy-Nine Thousand Three Hundred Twenty-One Dollars ($79,321.00 in U.S. Currency | TYPE OF PROCESS Verified Complaint & Warrant of Arrest in Rem |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO BE SERVED OR DESCRIPTION OF PROPERTY TO SEIZE. $79,321.00 in United States Currency |
|---|---|
|  | ADDRESS (Street or RFD, Apartment No., City, State and Zip Code) |

| SEND NOTICE OR SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| William R. Cowden<br>Michael A. Humphreys<br>Assistant United States Attorneys<br>U.S. Attorney's Office<br>555 4th St., NW, 4th Flr.<br>Washington, D.C. 20530 | NUMBER OF PROCESS TO BE SERVED IN THIS CASE | 1 |
| | NUMBER OF PARTIES TO BE SERVED IN THIS CASE | 1 |
| | CHECK BOX IF SERVICE IS ON USA | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)

Seizure No. 2005SZ00473001

Signature of Attorney or other Originator requesting service on behalf of (X) Plaintiff  ( ) Defendant
TELEPHONE NO. (202) 514-7065
DATE 7-11-05

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS. 7/18/05

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the total number of process indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER. Special Agent, ICE | DATE 7/25/05 |
|---|---|---|---|---|

I HEREBY CERTIFY AND RETURN THAT I ( ) PERSONALLY SERVED, ( ) HAVE LEGAL EVIDENCE OF SERVICE, (X) HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW.

( ) I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE. | ( ) A person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above) | DATE OF SERVICE | TIME OF SERVICE | ( ) AM<br>( ) PM |
| | SIGNATURE, TITLE AND TREASURY AGENCY | | |

REMARKS: Process served via U.S. Mail (1st Class). Receipt verified 1100 am, July 25. Received by Maureen Thomas, FP&F Officer, Customs and Border Protection on July 22, 2005 0730am.

TD F 90-22.48 (6/96)