**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| c/o the United States Attorney | ) |
| Judiciary Center Building | ) |
| 555 Fourth St., N.W. | ) |
| Washington, D.C.  20530 | ) |
| | ) |
| Plaintiff, | )    **Civ. No. 05-01364 (RBW)** |
| | ) |
| v. | ) |
| | ) |
| **SEVENTY-NINE THOUSAND THREE** | ) |
| **HUNDRED TWENTY-ONE DOLLARS** | ) |
| **($79,321.00) IN UNITED STATES** | ) |
| **CURRENCY,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

**AFFIDAVIT IN SUPPORT OF DEFAULT**

I hereby certify under penalty of perjury, this __21st__ day of November, 2005, that I am the

attorney of record for the plaintiff in the above-entitled case; that the *in rem* defendant property,

described as:

> a) Seventy-nine thousand three hundred twenty-one dollars
> ($79,321.00 in United States Currency)

was personally served with process on July 25, 2005.[1]

I further certify that notice of this action has been given to all known or unknown interested

---

[1] Copies of the Complaint and the Warrant of Arrest *in Rem* issued by the Clerk of the
Court were served upon the *in rem* defendant currency on July 25, 2005.

parties by means of certified mail[2] or by publication.[3]

I further certify under penalty of perjury that no appearances has been entered on behalf of the said *in rem* defendant currency in this case; no pleading on behalf of the *in rem* defendant currency has been filed and none served upon the attorney for the plaintiff; no extensions have been given and the time for filing has expired; and that the *in rem* defendant currency is neither an infant nor an incompetent person.

Pursuant to 28 U.S.C. §1746(2), I declare under penalty of perjury that the foregoing is true and correct.

The Clerk is requested to enter a Default against said *in rem* defendant currency.

_____
MICHAEL A. HUMPHREYS
(D.C. Bar #383353)
Assistant United States Attorney
U.S. Attorney's Office
Asset Forfeiture Unit, Criminal Division
555 Fourth St., N.W., Room 4822
Washington, D.C.  20530
(202) 514-7065

---

[2] Copies of the Complaint and Warrant of Arrest *In Rem* were served, upon all known interested parties, via the United States Postal Service, certified mail, to:  Santos Efrain Flores and his representative, Felix Nelson Ayala of Ayala and Associates, on August 17 and 18, 2005; Alberto E. Montoya on August 11, 2005; and Mario Umana on August 6, 2005.

[3] A notice of seizure was published in THE ATLANTA JOURNAL-CONSTITUTION on August 18 and 25, and September 1, 2005; in THE DAILY WASHINGTON LAW REPORTER on September 26, 2005, and in THE WASHINGTON TIMES on September 26, and October 3 and 10, 2005.