Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

United States of America

　　　　　Plaintiff(s)

V.

Seventy-Nine Thousand Three Hundred Twenty-One Dollars ($79,321.00) in United States Currency

　　　　　Defendant(s)

Civil Action No. 05-1364 (RBW)

RE:  Seventy-Nine Thousand Three Hundred Twenty-One Dollars ($79,321.00) in United States Currency

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on  July 25, 2005 , and an affidavit on behalf of the plaintiff having been filed, it is this 22nd day of November, 2005 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____Nicole Wilkens_____
　　　　　　　Deputy Clerk