UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Civil Action No. 05-01364 (RBW) |
| : | |
| **SEVENTY-NINE THOUSAND THREE** : | |
| **HUNDRED TWENTY-ONE DOLLARS** : | |
| **($79,321.00) IN UNITED STATES** : | |
| **CURRENCY,** : | |
| : | |
| **Defendant.** : | |
| : | |

### MOTION FOR DEFAULT JUDGMENT AND
### DECREE OF FORFEITURE FOR *IN REM* DEFENDANT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves, pursuant to Fed. R. Civ. Pro. 55, 18 U.S.C. § 983(a)(4)(A), and Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims, for the entry of a default judgment and for a Decree of Forfeiture as to the *in rem* defendant, $79,321.00 in U.S. currency, identified in the Verified Complaint for Forfeiture *In Rem*. For its grounds, the United States says that no timely paper, pleading, or other claim was filed on behalf of the defendant currency, herein, and that the Clerk of this Court entered a Default against the *in rem* defendant currency on November 22, 2005.