# EXHIBIT

# II-a



UNITED STATES POSTAL SERVICE®

Home | Help | Sign In

Track & Confirm     FAQs

# Track & Confirm

**Search Results**

Label/Receipt Number: **7099 3400 0014 4342 0622**
Status: **Delivered**

Your item was delivered at 3:51 pm on August 17, 2005 in WASHINGTON, DC 20010.

( Additional Details > )   ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

**Notification Options**

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. ( Go > )



POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy



---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by *(Please Print Clearly)*    B. Date of Delivery 8/17<br>C. Signature<br>X _[signature]_    ☐ Agent   ☐ Addressee |
| 1. Article Addressed to:<br><br>Santos Efrain Flores<br>1476 Newton NW, Apt. 2<br>Washington, DC 20010 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☒ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*   ☐ Yes |
| 2. Article Number *(Copy from service label)*<br>7099 3400 0014 4342 0622 | |
| PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952 | |

Exhibit II-a

US v. $79,321.00 in U.S. Currency
Civil Action No. 05-01364 (RBW)