# EXHIBIT

# II-b



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7000 0600 0021 5995 0574**
Status: **Delivered**

Your item was delivered at 12:53 pm on August 18, 2005 in WASHINGTON, DC 20009.

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

---

 POSTAL INSPECTORS     site map    contact us   government services   jobs   National & Premier Accounts
Preserving the Trust                Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy  

---

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write *"Return Receipt Requested"* on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to:

Felix Nelson Ayala
AYALA AND ASSOCIATES
2118 14th Street, NW
Washington, D.C. 20009

4a. Article Number
7000 0600 0021 5995 0574

4b. Service Type
☐ Registered           ☒ Certified
☐ Express Mail         ☐ Insured
☒ Return Receipt for Merchandise  ☐ COD

7. Date of Delivery  8/18/05

5. Received By: *(Print Name)*

6. Signature: *(Addressee or Agent)*
X

8. Addressee's Address *(Only if requested and fee is paid)*

PS Form **3811**, December 1994        Domestic Return Receipt

Exhibit II-b

US v. $79,321.00 in U.S. Currency
Civil Action No. 05-01364 (RBW)