# EXHIBIT

# II-c



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7099 3400 0014 4342 0462**
Status: **Delivered**

Your item was delivered at 1:10 pm on August 11, 2005 in ARLINGTON, VA 22204.

( Additional Details > )   ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. ( Go > )

---

POSTAL INSPECTORS   site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust       Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)   B. Date of Delivery<br>C. Signature<br>X _____   ☐ Agent  ☐ Addressee<br>D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☒ No |
| 1. Article Addressed to:<br><br>Alberto E. Montoya<br>944 S Wakefield St., #101<br>Arlington, VA  22204 | [AUG 11 2005 stamp]<br><br>3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Copy from service label)<br>7099 3400 0014 4342 0462 | |
| PS Form 3811, July 1999   Domestic Return Receipt | 102595-00-M-0952 |

Exhibit II-c

US v. $79,321.00 in U.S. Currency
Civil Action No. 05-01364 (RBW)