# EXHIBIT

# II-d



**UNITED STATES POSTAL SERVICE®**

Home | Help | Sign In



Track & Confirm | FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7099 3400 0014 4342 0455**
Status: **Delivered**

Your item was delivered at 6:34 pm on August 06, 2005 in WASHINGTON, DC 20010.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

[                    ]

( Go > )

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )

---

 POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   National & Premier Accounts
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy



---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)  B. Date of Delivery 8-6-05<br>C. Signature<br>X _Pacita Villalta_  ☐ Agent  ☐ Addressee |
| 1. Article Addressed to:<br><br>Mario Umana<br>3437 14th Street, NW<br>Washington, DC  20010 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☒ No |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Copy from service label)<br>7099 3400 0014 4342 0455 | |
| PS Form 3811, July 1999   Domestic Return Receipt | 102595-00-M-0952 |

Exhibit II-d

US v. $79,321.00 in U.S. Currency
Civil Action No. 05-01364 (RBW)