# EXHIBIT

# III-a

# The Atlanta Journal-Constitution
ajc.com

## PUBLISHER'S AFFIDAVIT

ACCOUNT NAME    U S CUSTOMS & BORDER PROTECTION

ACCOUNT NO.    U-108858    4SBP1104A00530

STATE OF GEORGIA
COUNTY OF FULTON

**DONNA McDUFFIE**, personally appeared before me, the undersigned Notary Public, who states she is a LEGAL NOTICE CLERK for **THE ATLANTA JOURNAL AND CONSTITUTION** newspaper, a newspaper of general circulation published in the City of Atlanta, Georgia, and who further states under oath that the Advertisement attached hereto and made part of this affidavit appeared in The Atlanta Journal - Constitution on the following dates: AUGUST 18, 25, 2005. SEPTEMBER 1, 2005.

SWORN TO AND SUBSCRIBED BEFORE ME,

THIS  2ND  DAY OF  SEPTEMBER  2005.

_____
(NOTARY SIGNATURE)
**MY COMMISSION EXPIRES MAY 19, 2009**

Exhibit III-a

US v. $79,321.00 in U.S. Currency
Civil Action No. 05-01364 (RBW)