# EXHIBIT

# III-b

Copy of Notice

DISTRICT OF COLUMBIA, to wit:

Personally appeared before me, a Notary Public in and for the said District of Columbia,

**Patrick M. Garrity**

who being duly sworn according to law, on oath says he is the duly authorized agent of The Daily Washington Law Reporter Company, publishers of The Daily Washington Law Reporter, a newspaper of general circulation printed and published in the District aforesaid, and that the advertisement of which the affixed is a true copy, was published in the regular editions of said newspaper __1__ times on the following dates:

Sep 26, 2005

_____
                                     Agent

Costs $ _____56.16_____

Subscribed to and sworn before me this

__26__ day, __Sep__, 2005

_____
        Donald J. Nichols
     Notary Public, District of Columbia
     My Commission expires 12/14/2009

Seal

NOTICE IS HEREBY GIVEN that by virtue of a Warrant for Arrest In Rem, issued by the US District Court for the District of Columbia, in an action entitled *United States v. Seventy-Nine Thousand Three Hundred Twenty-One Dollars ($79,321.00) in United States Currency*. Immigration and Customs Enforcement agents arrested on July 25, 2005, $79,321.00 in US currency, said property described above under Civil Action No. 05-1364-RBW and filed on July 8, 2005, with the Clerk of the Court for the District of Columbia for violations of 31 U.S.C. Secs. 5317, 5324, and 5332 and which action requests that the said property be seized for condemnation and confiscation and requests such costs and disbursements as decreed by the Court. Any person who is entitled to possession, or claiming an interest in or to said property, pursuant to Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims and within 30 days after the earlier of (1) receiving actual notice of execution of process, or (2) the publication of this notice, must file a verified claim with the Clerk of the Court, U.S. District Court for the District of Columbia and make service upon the attorney for the plaintiff and must serve their answers within 20 days after the filing of their verified claims. All interested persons should file claims and answers within the time so fixed, or be defaulted and said property be condemned and forfeited to the use of the United States of America. William R. Cowden, Assistant United States Attorney, 555 Fourth Street, NW, 4th Floor, Washington, DC 20530. September 26, 2005.

**Exhibit III-b**

US v. $79,321.00 in U.S. Currency
Civil Action No. 05-01364 (RBW)