# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>555 Fourth St., N.W.<br>Washington, D.C. 20530<br><br>Plaintiff(s),<br><br>v.<br><br>SEVENTY-NINE THOUSAND THREE<br>HUNDRED TWENTY-ONE DOLLARS<br>($79,321.00) IN UNITED STATES<br>CURRENCY ),<br><br>Defendant(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No:    1:05-cv-01364<br>)  Judge:     Reggie B. Walton<br>)  Date Filed:  July 8, 2005<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION TO VACATE JUDGMENT BY DEFAULT

COMES NOW one of the unnamed Defendants herein, Alberto Montoya ("Montoya") through undersigned counsel and for good cause shown, hereby moves this Court pursuant to Fed. R. Civ. P. 60(b) to vacate the judgment entered by this Court on December 20, 2005. This is an asset forfeiture case and Montoya is seeking the return of $34,600, totally untainted monies.

As detailed in the annexed affidavits (Exhibits A and B), Montoya was essentially misled by the government into thinking that he had satisfied the government as to the source of the funds which had been seized.  And, due to his lack of language skills and the frequency of his overseas travel, he had never known about the impending default.

As further detailed infra., as soon as he was aware of the default judgment, Mr. Montoya tried unsuccessfully to personally see Assistant United States Attorney Michael

A. Humphreys with a translator (Exhibit # 2 affidavit).  That effort was rebuffed because

he did not have "an appointment."  Mr. Montoya then immediately contacted the

undersigned counsel.  Given the time that has elapsed since the entry date of the

judgment – 23 days, and the relatively small amount of monies involved (i.e. $34,600)

the government is not prejudiced if it has to litigate this matter on the merits.

Besides the aforementioned affidavits, attached hereto is a memorandum of points

and authorities as well as a proposed Order vacating the default judgment.

Dated: January 12, 2006.

Respectfully Submitted,

BY          /s/

Martin F. McMahon, Esq.
D.C. Bar No.:  #196642
1150 Connecticut Ave. N.W., Suite
900
Washington, DC  20036
(202) 862-4343
*Attorney for Defendant Montoya*

Lisa D. Angelo, Esq.
D.C. Bar No.:  #491206
Of Counsel
1150 Connecticut Ave., N.W. Suite 900
Washington, DC  20036
(202) 862-4356

## LOCAL RULE 7.1(m) CERTIFICATE OF COUNSEL

Defendant, through undersigned counsel, hereby certifies that an attempt to

comply with LCvR 7.1(m) was made in good faith on January 9, 2006 and again on

January 10, 2006 when a rough draft copy of this motion was forwarded to opposing

counsel for review.   Having received no response from counsel and given the time sensitive nature of this motion, we presume opposing counsel opposes the filing of this motion.

## **CERTIFICATE OF SERVICE**

I HEREBY certify that on this 12th day of January, 2006, a copy of the foregoing was sent via first class mailed, postage prepaid, to Judith Kidwell, Esq., U.S. Attorney's Office, Asset Forfeiture Unit, Criminal Division, 555 Fourth St., N.W., Room 4822, Washington, DC 20530.

_____/s/_____

Martin F. McMahon, Esq.
