## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 05-1364 (RBW) |
| ) | |
| **SEVENTY-NINE THOUSAND THREE** ) | |
| **HUNDRED TWENTY-ONE DOLLARS** ) | |
| **($79,321.00) IN UNITED STATES** ) | |
| **CURRENCY,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## **PRAECIPE**

Please enter the appearance of Judith A. Kidwell as counsel for Plaintiff United States in this action and withdraw Michael Humphreys.

                                                Respectfully submitted,

                                                /s/

JUDITH A. KIDWELL
Assistant United States Attorney
555 4th St., N.W., Room 4818
Washington, D.C. 20530
202-514-7250

                                                /s/

MICHAEL A. HUMPHREYS
DC Bar # 383353
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

     I HEREBY certify that I caused a copy of the foregoing to be served upon counsel for claimants:

Santos Efrain Flores  
1476 Newton NW, Apt. 2  
Washington, DC 20010

Felix Nelson Ayala  
Ayala and Associates  
2118 14th Street, NW  
Washington, DC 20009

Alberto E. Montoya  
944 S Wakefield Street, #101  
Arlington, VA 22204

Mario Umana  
3437 14th Street, NW  
Washington, DC 20010

by means of the Court's ECF filing system, on this 19th day of January, 2006.

                     /s/  
_____  
JUDITH A. KIDWELL  
Assistant United States Attorney  
555 4th St., N.W., Room 4818  
Washington, D.C. 20530  
202-514-7250