## CONCORD EXPRESS

N° 25235

Comala

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: 20/03/05          Recibe: Miquel A. Alcano
Envía: Saul alfaro                Rubenia Alfaro
Tel.:  Resibio Miquel yorbatif. Miraflo
        $300
Dirección:              Dirección: Km 35 conct Vkg

---

## CONCORD EXPRESS

N° 0724

El Tra

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: 20-03-05          Recibe: Juan Jose BERRIOS
Envía: Sonia Gonzales
Tel.:                    Tel.:
Dirección:  ✓           Dirección: O.F. El transito
                                    DUI n°
Descripción del Envío: $75.00       Resibio persona
Valor de los Artículos: $5.00
Cobro por Servicio:              F:

---

## CONCORD EXPRESS

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: 20-03-05          Recibe: Rosa Amelia Gnz
Envía: Sonia Gonzale                 9355624
Tel.:  $250 = OK.       Dirección: Caserio El limon D4
Dirección:                          Dorada



DEFENDANT'S
EXHIBIT
A

**CONCORD EXPRESS**    Nº 26700

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: _20/03/05_    Recibe: _Marta Alicia_

Envía: _Sandra Ortiz_

Tel.: _____    Tel.: _____

Dirección: _____    Dirección: _____

Descripción del Envío: _$100_    DUI  02665616-2

**CONCORD EXPRESS**    Nº 26295

$100

Recibió personal
Bertila Romich

**CONCORD EXPRESS**    Nº 26735

El Salvador, tel. 616-0128 • E.U.U. (703) 521-4440

$500

Recibió personal

**CONCORD EXPRESS** Nº 2522

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: 19/03/05    Recibe: Abigail Amaya

Envia: Joni Amaya    Tel.:

Tel.:    Dirección:

Dirección:

Descripción del Envío: $400 OK    PERSONA

Valor de los Artículos:

Cobro por Servicio: 5    F.Rosa Abigail Amaya

---

**CONCORD EXPRESS**

El Salvador, 616-0128 • E.E.U.U. 703 21-4440

Fecha: 19/03/05    Recibe: Maria Magdalena Polio

Envia: Xioniara Polio    Tel.:

Tel.:    Dirección: Bº La Cruz

Dirección: OK

Descripción del Envío: $50 E    PERSONA

Valor de los Artículos:

Cobro por Servicio: 5    F.maria magdala polio

---

$175 E    Resibio persona

**CONCORD EXPRESS**    N° 26

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: 20/03/05

Envía: Yesenia Romero

Dirección: $100 ok

Recibe: Antonia Rivas

Tel:

Dirección: al norte de Cai

---

**CONCORD EXPRESS**    N° 2670

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: 20/03/05

Envía: Xeni Portill.

Tel: (703) 94-90

Dirección:

Descripción del: $100

Valor de los Artículos: 8

Cobro por Servicio:

Recibe: Juana de port

Vigente

Dirección: 6160892

Se bo el Domingo

Resibi moises 0970950-9

F. Thomas E García

---

**CONCORD EXPRESS**    No. 05135

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: 20 de Marzo

Envía: Yanci Portillo

Tel.:

Dirección:

Descripción del Envío: $100 Cien

Valor de los Artículos:

Cobro por Servicio:

Recibe: Victor Manuel Portillo

Tel.:

Dirección: al sur del cementerio

Dui 02410465-6

F. V Portillo

**CONCORD EXPRESS**    N° 25?

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: 18 Marzo /05
Envia: Wilma Colos
Tel.:
Dirección: $100
Descripción del Envio: 9½ Lbs ___ de
Valor de los Articulos:
Cobro por Servicio: — 5 7 —

Recibe: Moreua Trejo
Calle papal #
Tel.: Calle ___
Dirección: 270122
___ la pesa viTorberos
primer caza
alcaldilla
F ___

---

**CONCORD EXPRESS**    N° 267    S.R

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: Merzo - 20 - 05
Envia: William B Chow
Tel.: V A
Dirección:
Descripción del Envio: 100 €
OK entrega
Valor de los Articulos:
Cobro por Servicio: 5

Recibe: Morgnta Chow
Tel.:
Dirección: B° Ao Buvito
Resibió personel
F

---

**CONCORD EXPRESS**    N° 20???    S.M

El Salvador    : 616-0128 • E.E.U.U.  7    521-4440

Fecha: 20/03/05
Envia: William Cubias
Tel.:
Dirección: $50 OK
Descripción del Envio: 2 Lbs. OK
Valor de los Articulos:
Cobro por Servicio: — 15

Recibe: Steven Cubias
Col. La presito
Final ___
Dirección: Capulin #80
6672866
William Steven ___
F William Steven ___
Cubias ___

**CONCORD EXPRESS**

El Salvador, Tel.: 616-0128 * E.E.U.U. (703) 52...

19/03/05

Rosa A. Medino

Recibe: Rosa Ermina Medina

Tel: 632125 2

Dirección:

$75...

DUI. 02337849-8
PERSONAL

-5-

X REM

---

**CONCORD EXPRESS**                    Nº 26759

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

03-20-05

via: Rodolfo Rosales

Recibe: Lucia Rosal

Dirección: por el mismo

100 €

Recibio personal

5

X E Manuel Rosales

---

**CONCORD EXPRESS**                    Nº 243

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

20-03-05

Ramon Sanchez

Recibe: Ana Luisa Rivas Sanch

Tel: 8967413

Dirección: desvio Hda. la Carrera, Sector
la Hauga. Camino a pto. Varias

$100.00

DUI nº 02751221-A

Descripción de Env...

Resibio personal.

Valor de los Artículos

Cobre por Servicio: $5.00

## CONCORD EXPRESS

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: *Marzo 20-05*
Envía: *Rosa Oreneta Garcia*
Tel.:
Dirección: *V.A*
Descripción del Envío: *70*
Valor de los Artículos:
Cobro por Servicio: *5*

Recibe: *Natividad Rosa*
Tel.:
Dirección:
*Recibio para Ana Natividad*
F. *Marzo*

---

## CONCORD EXPRESS

No. 25242

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

*20 Marzo 05*
*Rosa Gloria Guevara*
...cción:
...ipción del Envío: *$150*
  *100 CK OK*
  *50 pies OK*
...de los Artículos: *8*
...o por Servicio:

Recibe: *Roxana o Brenda*
Tel.: *Guevara*
Dirección: *616-0611*
*Resibio Roxan*
F.

---

## CONCORD EXPRESS

No. 2666

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

*20/03/05*
Fecha: *Roberto Furcios*
Envía:
Tel.:
Dirección:
Descripción del Envío: *$90*
Valor de los Artículos: *5*
Cobro por Servicio:

Recibe: *Abigail Amaya*
Tel.: *7244801*
Dirección:
*personal*
F. *Rosa Abigail Amaya*

FROM : JOSE C PHONE NO. : 7037420129 Aug. 23 2025 09:03PM P1

**CONCORD EXPRESS**

Nº 25209

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: 19/03/05

Envia: Reyna Arevalo

Tel.:

Direccion:

Recibe: Maggarita Zepeda
c. Julia Arevalo

Tel.: 755 8610

Dirección: 14 Av. Nte Fcc. Col. Tropican

Descripción del Envio: #13,000 (trece mil)

Direccion
1615 Beacontree Lane apt #10
Reston VA 20190
F. Tel 571 203 9164

Valor de los Articulos:

Cobro por Servicio: -195-

## CONCORD EXPRESS

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Nº 26775

Fecha: 20/03/05

Envia: Manuel Hernandez

Tel.: $150.00 Personal

Direccion: $150 Xoximaltines

Recibe: Santos M Nolas

Tel.:

Direccion: Cte. Escudo

---

## CONCORD EXPRESS

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Nº 266

Fecha: 20/03/05

Envía: Maria del T. Guzman

Tel.:

Dirección: OK

Descripción del Envío: $500

Valor de los Artículos: —

Cobro por Servicio: —15—

Recibe: Blanca Lidia Ga3

Tel.: 632 0809

Dirección:

PERSONAL

A. Blanca S Guzman

---

## CONCORD EXPRESS

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

EL LIMON

Fecha: 20-03-05

Envía: Maritza Gonzalez

Tel.:

Dirección: OK

Descripción del Envío: 1-PACK de 5 Lbs + $100.00

Recibe: Rosa Amalia Gonzal

Tel.: 9355624

Dirección: Caserio El Limon, Pte parada

Resivio el (hijo)

## CONCORD EXPRESS

Nº 2671

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: Mazo 30-05
Envía: Nelson Flor        OK
Tel.:
Dirección: V.A 100E. OK

Recibe: Matilde Flors
R- iliana $20 mes
Tel.:
Dirección: Cotordo Sur Da

---

## CONCORD EXPRESS

Nº 25225

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: 19/03/05
Envía: Nelson Ramirez
Tel.:
Dirección: $150 OK

Recibe: Isabel Ramiro
Tel.:
Dirección: B= Concepció
personal

---

DINERO RETENIDO EN ATLANTA    La pista

## CONCORD EXPRESS

No. 05127    AREA

El Salvador, Tel.: 616-0128 * E.E.U.U. (703) 521-4440

Fecha: 20/Marzo/05
Envía: Nery Antonio Orellana
Tel.:
Dirección: V.A

Descripción del Envío: $200.00
DEL DINERO RET.
EN ATLANTA
Valor de los Artículos: 20 Marzo
Cobro por Servicio: $10.00

Recibe: iris Orellana
Tel.: 624-0270
Dirección: La pista
Recibió personal

F.

# CONCORD EXPRESS

Nº 25293

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: _____

Envia: _____

Tel: _____

Dirección: _____

Recibe: _____

Tel: _____

Dirección: _____

Descripción del Envío: _____

Valor de los Artículos: _____

Co___ por Servicio: _____



# CONCORD EXPRESS

## El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

No. 2674

Fecha: *Marzo 28-05*                Recibe: *Domores B*

Envía: *Noel Marquez*

Tel.: *U.S.*                          Tel.: *299-0804*

Dirección:                           Dirección: *Col. Am*

                                     *Pje. 23 Casa 7*

Descripción del Envio: *95 E*        *Rubio Germania*

                *our # 0199167427*   *Deling Yamileth Rivas*

Valor de los Artículos:

Cobro por Servicio: *5*              F.

**CONCORD EXPRESS**

El Salvador, T. ~16-0128 • E.E.U.U. (703) 521-4440        Nº 26727

Marzo-20-05
Pedro Arias

Recibe: Rosa Cristina
663-7806
Tel.: No quiso Recibir
Dirección: Col. El Vatican
pal. 6 casa #4

ión del Envío: Paq 3/05
Sobre 150 $

os Artículos:

Servicio: 15+8                    $150.00

★ Resivio la hija
(R.E.M.R.) Rosa Emilia
Luisa Arias
F. Lmo.

---

**CONCORD EXPRESS**

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440        Nº 2

Fecha: 18 Marzo /05        Recibe: Juan Mendez
Envía: Pedro Mendez
Tel.: 703-9282438            Tel.:
Dirección:                   Dirección: Famacia Sn A

Descripción del Envío: $600 EO★

Valor de los Artículos: -16-         Resibio
Cobro por Servicio:                  Felix Mendez
                                     Jose Guilli...
                                     F.





**CONCORD EXPRESS**    Cuco
Playa Sta
Nº 252

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: 19/03/05    Recibe: Lilian de Guzmán

Envía: Reyna Guzmán

Tel.: _____    Tel.: _____

Dirección: _____ $100    Dirección: $100

Descripción del Envío 6100, 18 Lbs. OK    Recibí Portland

---

El Salvador, Tel. 616-0128 • E.E.U.U. (703) 521-4440

Fecha: 20/03/05    Recibe: Miguel Angel Ant

Envía: Rosalia Flores

Tel.: _____    Tel.: _____

Dirección: $100 OK    Dirección: B° Sr. Ant

Descripción del Envío: 3 Lbs. OK    al sur de Policia
Resibio la ermana

Valor de los Artículos: 15 + 5

Cobro por Servicio: _____    F. _____

---

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: 20/03/05    Recibe: Juana Flores

Envía: Rosa M. Lemus    Col. Mázoniég

Tel.: _____ $200    Tel.: _____

Dirección: _____    Dirección: Rancho Dr. Loll

Descripción del Envío: 3 Lbs. OK    Recibió persona
RETENIDO

Valor de los Artículos: 25    NMD 1. Del Dinero

Cobro por Servicio: _____    F. _____

**CONCORD EXPRESS**     Nº 2676

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Recibe: *Laura Comidio*

Fecha: 20/03/05
Envía: *René Gamidio*
Tel.:
Dirección: #175

Dirección: *Recibo personal*

---

**CONCORD EXPRESS**     Nº 2671

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: Marzo - 30-05
Envía: *Reyna de Morales*
Tel.:
Dirección: V. A     $300

Recibe: *Otilia Boral*
Tel.: 310 - 1068
Dirección: 8ª Av. Sur #18
Bº El Guayabal

---

**CONCORD EXPRESS**     Nº 26755

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: Marzo - 20- 05
Envía: *Telma Montoya*
Tel.:
Dirección: V. A
Descripción del Envío: 260 80ᵗ

Valor de los Artículos:
Cobro por Servicio:     15

Recibe: *Carmen Montoya*
Tel.: 616 - 0032
Dirección:

*Recibió personal*
F. *M. de montoya*



**CONCORD EXPRESS**

Nº 26758

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: *Marzo-20-05*     Recibe: *Marlene de Flores*

Envía: *Julio Flores*

Tel.: *V. A*     Tel.: *708-2675*

Dirección:     Dirección:

Descripción del Envío: *130 $°°*

*Resibio persona*

Valor de los Artículos:

Cobro por Servicio: *7*     F.

---

**CONCORD EXPRESS**

Nº

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: *20/03/05*     Recibe: *Maria N. Rivas*

Envía: *Jorge Rivas*

Tel.:     Tel.:

Dirección:     Dirección:

Descripción del Envío: *$95°°*

*Recibió personal*

Valor de los Artículos:

Cobro por Servicio: *6*     F.

---

**CONCORD EXPRESS**

Nº

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: *20 de Mayo 05*     Recibe: *Carmen Chavari y Victor Diaz*

Envía: *Le Julio Diaz*

Tel.: *Balbino Dias*     Tel.:

Dirección:     Dirección: *Recibi bien*

**CONCORD EXPRESS**

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: 29/03/05     Recibe: Guillermos

Envía: Luis Soto

Tel.:     Tel.:

Dirección:     Dirección:

Descripción del Envío: $370 E

Valor de los Artículos:     15

Cobro por Servicio:     15     F. Lilian del carmen
                                   Soto de Guerra

---

**CONCORD EXPRESS**     Nº 2667

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: 29/03/05     Recibe: Amparo alfaro

Envía: Luis Alfaro

Tel.:     Tel.: Correo por Correo

Dirección:     Dirección: a Zapar de José Lo

Descripción del Envío: $150 E OK     Dinero entregado
De los                              Resibio personal

Valor de los Artículos:

Cobro por Servicio: -12-     F. $ Anparo Alfar



CONCORD EXPRESS

El Salvador. Tel.: (503) 521-4440

$50 ε

personal

CONCORD EXPRESS

Nº 26785

El Salvador. Tel.: (503) 521-4440

FAXED

$140 ε

Dui nº 03141996-5
Evangelina Miranda

$100 ε

personal

# CONCORD EXPRESS

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

26-03-05                          Recibe: Elena

Mar

ción

rición del En              100

r de los Artí

ro por Servicio

abato de acis
personal
Elena Ramírez

Marta Ramirez                    Elena Ramírez

$600 €

Recibió personal
Elena Ramírez

---

# CONCORD EXPRESS

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: 19-03-05                          Recibe: Milagro García

Envia: Marisol García                                  3346174

Tel.: (301) 9331921, Cel: (703) 8996388    Tel.: col. El pedegal. calle A?

Dirección: _____                          Dirección: Block C, casa #16

Descripción del Envío: $50.00 € + fotos     Resibió personal
Reclamo de fotos

Valor de los Artículos: _____

Cobra por Servicio: $8.00                    F. M.M.G

## CONCORD EXPRESS

No. 05131

El Salvador, Tel.: 616-0128 * E.E.U.U. (703) 521-4440

Fecha: 20 Marzo /05

Envía: MAX HERNANDE

Tel.:

Dirección:

Recibe: Reyna Marina o Graciela HERNANDE DIAS Next Hernandez

Tel.:

Dirección: Calle lo tranqa Recibio personal

Descripción del Envío: $50⁰⁰ Nota se Pta pack que faltan

Valor de los Artículos: 1 pack con ropas y fotos

Cobro por Servicio:

F. Real

---

## CONCORD EXPRESS

Nº ___

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: 29/03/05

Envía: Maria del T. Guzman

Tel.:

Dirección:

Recibe: Olga Maricela

293 348 ___ gu

Tel.:

Dirección: Altos del Barro

Block 4 #16

Descripción del Envío: $300 ⹍

Recibió Esposo

Cayetano Reyes

Valor de los Artículos: — 15 —

Cobro por Servicio:

F. Cayetano Reyes

---

## CONCORD EXPRESS

Nº 25299

S.R.O

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: 18-Marzo-05

Envía: Margarito Aparicio

Tel.: V.A.

Dirección: ___

Recibe: Rosa del Aparicio

Tel.:

Dirección: Bº San Juan An.R.O.

Descripción del Envío: 150 ⹍

Valor de los Artículos:

Cobro por Servicio: 8

personal

F. ROSA APARICIO

## CONCORD EXPRESS

Ofi SM

Nº 267

Of SM

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Recibe: Nimia Alvarez

Fecha: Marzo-28-05

Envia: Mauricio Santos

Tel.: 683-3519

Tel.: V. A

Dirección:

Dirección:

Descripción del Envío: 60 €

Valor de los Artículos:

Cobro por Servicio: 5     F.

---

## CONCORD EXPRESS

C. Bay

Nº 2675

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Recibe: Teresa portill

884 0565

Fecha: 19/03/05

Envia: María portillo

Tel.:

Tel.:

Dirección: Col. Amaya

Descripción del Envío: $250 €

Valor de los Artículos: 12

ro por Servicio:     F.

---

## CONCORD EXPRESS

Ofi S

Nº 267

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Recibe: María del C. Oje

Fecha: Marzo-28-05

Envia: Miguel Alvarado

Tel.: 203 7677 - 20376

Tel.:

Dirección: V. A

Dirección: Entregado el pag el Día 30
A. Maria Del carmen Osorio Rad
DUI # 0088 2560-8

Descripción del Envío: i Pack $ 165. OK +1
H Sobre in 100 € D.

Valor de los Artículos:

Cobro por Servicio:

28-abril-05

**CONCORD EXPRESS** No. 24...
El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: 20-03-05
Envía: Maribel Garay
Tel.:
Dirección: _____ OK

Descripción del Envío: $50.00

Valor de los Artículos:
Cobro por Servicio: $5.00

Recibe: Manuel Garay
Tel.: 6245112
Dirección: CAR Walsh Grill
contiguo a gasolinera
R-El encargado
DUI 01419...

X _____

---

**CONCORD EXPRESS**
El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: Marzo-30-05
Envía: Maribel Acevedo
Tel.:
Dirección: U. A

Descripción del Envío: 100 OK

Valor de los Artículos:
Cobro por Servicio: 5

Recibe: Ana del...
Tel.:
Dirección: B° La M...
DUI n° 02103125-2
Ana del tronsito...

F. _____

---

**CONCORD EXPRESS** No. 25220
El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: 19/03/05
Envía: Mariano Martinez
Dirección:

Descripción del Envío: $250 C fotos ok

de los Artículos:
por Servicio: 15

Recibe: Carmen Martinez
Tel.: 7353495
Dirección: Altos de Iglesia

Resibio de hijos
Martinez

X _____

## CONCORD EXPRESS

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Nº 26708

Fecha: 20/03/05    Recibe: Yeny Gomez

Envia: Manuel Delcid    Tel: 8311088

$300°° Entrega    Dirección: Por donde el...

---

## CONCORD EXPRESS

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Nº 2529

Fecha: 18/03/05    Recibe: Angela de Mondragon

Envia: Manuel Mondragon

Tel:    Tel:

Dirección:    Dirección:

Descripción del Envio: $100 = OK

Valor de los Articulos: —5—

Cobro por Servicio:    R - su hija    X - Recibido

---

## CONCORD EXPRESS

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Nº

Fecha: 20/03/05    Recibe: Maria Elena

Envia: Maria Elena Villalta

Tel:    Tel:

Dirección: OK    Dirección:

Descripción del Envio: $1,000 = (mil)    R - su tia Blanca Rosa Villalta

Valor de los Articulos: —20—

Cobro por Servicio:

**CONCORD EXPRESS**    Valle se    Nº 2

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: 20/03/05    Recibe: Jose Melvin Peñ

Envía: Maria L peña

Tel.:    Tel.: 789 - 2414

Dirección:    Up 8    Dirección: 662 - 4978

$ 200 5 pago en (vive)

---

**CONCORD EXPRESS**    Nº 2670    Anchi

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: 20/03/05    Recibe: Emma Trahela

Envía: Maria Hrnandz

Tel.:    Tel.:

Dirección:    Dirección:

#110 OK    Kee personal

---

**CONCORD EXPRESS**    Nº 252

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440    of E

Fecha: 19/03/05    Recibe: Soila Marina C

Envía: Mariano Mejia

Tel.:    Tel.: 694529

Dirección:    $,80 — OK Dinero entregado    Dirección:

**CONCORD EXPRESS**

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

18 Marzo 30 / 05          Recibe: Angela de Mondragon

Fidel Mondragon          Tel: 622 0283

                         Direccion: Col. Amaya

$200 E                   Rosario s. hij

                         F. Juan Mondragon

**CONCORD EXPRESS**

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440          № 25

20/03/05                                              of E

Francisco Galileo prez    Recibe: xaniza del C. tirau

150 OK                    Direccion: 7199484

                          X                personal

**CONCORD EXPRESS**

El Salvador, Tel: 616-0128 • E.E.U.U. (703) 521-4440          № 2666

Fecha: 20/03/05           Recibe: Noemi Lizama

Franklin Lizama           

                          Tel:

                          Direccion: abajo de Ercu

$50 E                     Rosario el hijo

5

## CONCORD EXPRESS
### El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

el Pedr-

Nº

Fecha: 20/03/05
Envía: Gumecindo Henriquez

Recibe: Milagro Garci

Tel.:

Tel.: Recibio personal

Dirección:

Dirección: M.H.6

$200₢

## CONCORD EXPRESS
### El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Nº

Fecha: Marzo-20-05

Recibe: Constura Cor

Envía: Eduardo Aviles

Tel.:

Tel.:

Dirección: V.A - OK

Dirección:

100 ₢

Descripción del Envío:

Resibio personal

Valor de los Artículos:

Cobro por Servicio: 5

EXACC

## CONCORD EXPRESS
### El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Nº 25

Fecha: 19/03/05

Recibe: Rosenda Torr

Envía: Gonzalo Umaya

Tel.:

Tel.: atras de Ge

Dirección:

Dirección: Nevada

$50₢

Descripción del Envío:

Personal

## CONCORD EXPRESS

**El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440**   Nº

9/03/05                                   Recibe: Bertila Ramirez

Gonzalo Amaya

                                          Tel.: _____

cción: _____                    Dirección: _____

cripción del Envío: $200 ℮  04

         + 1 Wolkman OR     Resibió personal

de los Artículos:  10 + 15        F. ⭑Bertila Ramirez

---

## CONCORD EXPRESS

**El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440**   Nº 2

Fecha: Marzo-20-05              Recibe: Olinda Monge
Envía: Guadalupe Avilés                    Avilés
Tel.: V.A-  O             Tel.: 619-45-49
Dirección: V.A-  O          Dirección: B° El Calvario

Descripción del Envío:   30 ℮

                                  Resibió personal

Valor de los Artículos: _____
Cobro por Servicio:        5        F. _____

---

## CONCORD EXPRESS

**El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440**   Nº 252   El Pedrego

na:     20/03/05        Recibe: María Henrriquez
ía: Gumercindo Henrriquez              Rdo/Milagro 600
                                  Tel.: _____

cción: _____           Dirección: _____

cripción del Envío: $100 ℮

                           Resibió personal

or de los Artículos: _____
ro por Servicio:    5           F. M.M.G

## CONCORD EXPRESS

Nº 2522

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: 19/03/05          Recibe: Xamilet

Envía: Gonzalo Amaya

Tel.: _____          Tel.: 6817281

Dirección: _____          Dirección: 6817281

Descripción del Envío: $50

Valor de los Artículos: _____

Cobro por Servicio: 5          Resibió Bertila

F. Bertila Ram___


## CONCORD EXPRESS

Nº 267

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: 20/03/05          Recibe: Anayanci Mejí

Envía: Harly Alex Rivera          624635___

Tel.: _____          Tel.: Cton. Mejica

Dirección: $150          Dirección: Col. Argentina

Descripción del Envío: 10 lbs. OK          2º pje #15 ___

Valor de los Artículos: _____          colonia ___ en ___

Cobro por Servicio: 57          F. _____


## CONCORD EXPRESS

Nº 2076___

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

El Miércoles

Fecha: Mg30-39-05          Recibe: Dionisio Quintan

Envía: Hector A. Quintano

Tel.: U.A          Tel.: _____

Dirección: U.A          Dirección: _____

Descripción del Envío: 40          personal

Valor de los Artículos: 5          Dionisio Quintano

F. _____





**CONCORD EXPRESS**   Nº 2679

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: 20/03/05     Recibe: Amelia

Envía: Jose Flores

Tel.:     Tel.:

Dirección:     Dirección:

Descripción del Envío: $200 E     Entregada a: Maria Amelia Flores
el dia 11/5/05 con DUI #0022...

Valor de los Artículos: —     5

Cobro por Servicio: —10—     F     x

---

**CONCORD EXPRESS**   Nº 2679

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: 20/03/05     Recibe: Candelaria perdan

Envía: Jose Asmel Aparicio

Tel.:     Tel.:

Dirección:     Dirección: B. Sn. Juan

Descripción del Envío: $50 E     DUI n: 019852900

Resibió persona

Valor de los Artículos:     Fa

Cobro por Servicio: 5

---

**CONCORD EXPRESS**   Espin   Nº 25

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: 20/03/05     Recibe: Blanca Antonia pe

Envía: Jose Luis peña

Tel.:     Tel.: 7390472

Dirección:     Dirección: (Areas Espino)
por contina isidora des
de escuela
0041164-7

Descripción del Envío: $100 E

Valor de los Artículos: 5

Cobro por Servicio: 5     F.

## CONCORD EXPRESS

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Nº 26763

Fecha: Marzo - 20 - 05

Envía: _Rod Arteaga_

Tel.: V. A

Dirección: V. A

Descripción del Envío: 250 E

Valor de los Artículos: _____

Cobro por Servicio: _____

Recibe: _Fabian Moreira_

Tel.: 393 - 4045

Dirección: _Col. Agua Cal._ _Ha. Escamilla Cn___

PERSONAL

X F. _Fabian oman_

---

## CONCORD EXPRESS

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Nº 26___

Fecha: 20/03/05

Envía: JULIO DIAZ

Tel.: _____

Dirección: _____

Descripción del Envío: $50 E

Valor de los Artículos: _____

Cobro por Servicio: 5

Recibe: Lionor Diaz

Tel.: Roto/Silvia U.

Dirección: _____

Recibió sobrina Edgar Mesa

F. _Edgar M_

---

## CONCORD EXPRESS

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Nº 266__

Fecha: 20/03/05

Envía: Jorge Esquivel

Tel.: _____

Dirección: _____

Descripción del Envío: $100 E

Valor de los Artículos: _____

Cobro por Servicio: — 8 —

Recibe: OSCAR Esquivel

Tel.: _____

Dirección: Can Las Minas

F. OSCAR ESGO___

## CONCORD EXPRESS

No. 05123

El Salvador, Tel.: 616-0128 * E.E.U.U. (703) 521-4440

Fecha: 20/Marzo/05

Recibe: Yanira Chavez
7715 6466

Envia: Julio Lemus

Tel.:

Tel.:

Dirección: V.A

Dirección: Valle Alegre.

Aduana de
Descripción del Envío: $300.⁵⁰

Abba Yanira Osorio Chavez

Valor de los Artículos:

Cobro por Servicio:

F.

---

## CONCORD EXPRESS

Nº 2670

10/03-/2005

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: 20/03/05

Recibe: Cecilio Rivas

Envia: Jorge Rivas

Tel.:

Tel.:

Dirección:

Dirección:

Descripción del Envío: 90 $

Dui. 0074242 3

Valor de los Artículos: 6

Cobro por Servicio:

F.

---

## CONCORD EXPRESS

Nº 2678

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: 20/03/05

Recibe: Diana Xiomara

Envia: Jose O. Santos

R/o/Maria Lucia Calso

Tel.:

Tel.:

Dirección:

Dirección: Por 2ª Iglesia

OK

Descripción del Envío: $50 $

Valor de los Artículos: -5-

Cobro por Servicio:

F.

## CONCORD EXPRESS

Of. Zaca

Nº 2678

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Sn. Vice

20/03/05

Recibe: Ana Josefina Tor

JOSE Palmor Torres

Col. Lorenzan

$160   Entregado

Dirección: Firme al Dorso

---

## CONCORD EXPRESS

Nº 2679

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

20/03/05

Recibe: Maria Eva Sant

JOSE O. Santos

Pro el tanque

Dirección: Tienda Grani

$200   Recibio hijo

José Maynel Gramillo

---

## CONCORD EXPRESS

Nº 267

La Unió

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

20/03/05

Recibe: Eufemia Flor

JOSE A. Hernandez

Tel.:

Dirección:

$210   Recibio personal

## CONCORD EXPRESS

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Nº 29
Caso
Lemu

Fecha: 20-03-05
Envía: JOSE LEONEL LOVO
Tel.:
Dirección: $50

Recibe: Rosa Candida Gome
Tel.: 878 2928
Dirección: Caserío Lemus

---

## CONCORD EXPRESS

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

El Borbollon
Nº
El B

Fecha: 20-03-05
Envía: JOSE ALFREDO GUZMAN
Tel.: OK $100
Dirección:

Recibe: Maria Leticia G.U.
Tel.: 632 5045
Dirección: Canton El Borb

---

## CONCORD EXPRESS

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

SM
F. S
Nº 25

Fecha: 19/03/05
Envía: Jose H
Tel.:
Dirección:
Descripción del Envío: $50 ₡    Nota DEL DINERO
RETENIDO    sindionlimptinegda
Recibe: Cindi Areli Arevalo
Tel.:
Dirección: 882 7579

Valor de los Artículos:

**CONCORD EXPRESS** Nº 2667

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

| | |
|---|---|
| Fecha: 20/03/05 | Recibe: Ester Arriaga |
| Envía: Antonio Cruz | Col. Melendez |
| Tel.: | Tel.: |
| Dirección: // | Dirección: fte. a Sra. Isabel Art |
| $115 E | |
| Descripción del Envío: | Recibio personal 00310562-1 |
| Valor de los Articulos: | |
| Cobro por Servicio: 7 | F. Estha Artiaga |

CONCORD EXPRESS Nº 25288

Adan Chavez

$140 E

DUI nº 00731399-1

Resibio personal

CONCORD EXPRESS Nº 26689

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Ana Teresa Aparicio

# 90

Resibio personal

**CONCORD EXPRESS** № 20

El Salvador: Tel.: 010-0128 • E.E.U.U. (703) 521-4440 US Co

22/03/05 Felicito Nuñez

**CONCORD EXPRESS** № 20

El Salvador: Tel.: 010-0128 • E.E.U.U. (703) 521-4440 US

03/05 Manuel Valencia

**CONCORD EXPRESS** №

El Salvador: Tel.: 010-0128 • E.E.U.U. (703) 521-4440

20/03/05 Fidelina

CONCORD EXPRESS

El Salvador Tel: 616-0128 · E.E.U.U (703) 521-4440

CONCORD EXPRESS

El Salvador Tel: 616-0128 · E.E.U.U (703) 521-4440

CONCORD EXPRESS

El Salvador Tel: 616-0128 · E.E.U.U (703) 521-4440

**CONCORD EXPRESS**

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: 20/03/05
Envía: Alba Díaz
Tel.:
Dirección:
Descripción del Envío: $50$
Valor de los Artículos:
Cobro por Servicio: 5    00 38547-9

Recibe: Cristina Ramos Vel
Sn. Luis Ríos
Lirios
Tel.:
Dirección: Dieg N-37
268
Recibió la mamá
Candida Ramos Sanchez

---

**CONCORD EXPRESS**  N

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: Marzo 20-05
Envía: Ana Doris Española
Tel.:
Dirección:  V A O K
70$
Descripción del Envío:
Valor de los Artículos:    5

Recibe: Mª del Pilar
Tel.:
Dirección:
personal
Ma del Pilar A

---

**CONCORD EXPRESS**  Nº 252

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: 20/03/05
Envía: Alex Vasquez
Tel.:
Dirección:
Descripción del Envío: $100$

Recibe: Eliasor Vasqu
Tel.:
Dirección:
personal

**CONCORD EXPRESS**

Apopa

Nº 267

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

| | |
|---|---|
| Fecha: 20/03/05 | Recibe: Cristina Alvar |
| Envia: Bartolo Alvarado | Recibió personal |
| Tel.: | Tel.: Cristina Alvarado 2 |
| Dirección: | Dirección: Popotlan |
| Descripción del envio: $150 $150 D15 ? K #24 | |

**CONCORD EXPRESS**

Nº 263

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

| | |
|---|---|
| Fecha: 19/03/05 | Recibe: Rosa Chica |
| Envia: Basilio Chica | |
| Tel.: | Tel.: |
| Dirección: | Dirección: Col. Melendez |
| Descripción del envio: $50 Recibió personal | |
| Valor de los Artículos: 5 | |
| Cobro por Servicio: | E. |

## CONCORD EXPRESS

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Nº 2522

19/03/05

Betha Acosta

Ofelia Acosta
Bosques del Rio
206   Dle 14 9Po.19

2900965

Entregado el pag. a Ofelia A
al cosa 223-4

Entregado a Ofelia hora.

- 49 -

## CONCORD EXPRESS

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

23/03/05   Sr. Favian

## CONCORD EXPRLSS

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Nº 23

/03/05   Maria Elena Ri

CONCORD EXPRESS N° 2001

El Salvador/ Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: 20/03/05

Envía: Carlos Chávez

Recibe: Nelson Alirio C

Tel.:

Tel.:

Dirección:

Dirección:

$120

Descripción del Envío:

Recibió personas

Valor de los Artículos: —7—

Cobro por Servicio:

---

Claudia Navarrete

Ana Isabel Flores

$175

Recibió personal

---

CONCORD EXPRESS N° 2600

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: 20/03/05

Envía: Berto Fuentes

Recibe: José A. Fuente o Telma de Fue

Tel.:

Tel.:

Dirección:

Dirección: 6199085

Descripción del Envío: $420

No traiDel Dinero RETENIDO en STHONTA

Valor de los Artículos: —15—

Cobro por Servicio: José Antonio F

**No.** 05129

**El Salvador, Tel.: 616-0128 * E.E.U.U. (703) 521-4440**

Fecha: 20 Mayo 05

Envía: Delmy Mejia

Recibe: Nestor Mejia

Tel.:

Tel.:

Dirección: OK

Dirección:

Descripción del Envío: $50

R-Dora Portillo

Valor de los Artículos:

Copro por Servicio:

---

**CONCORD EXPRESS**

O.F.S.S.

Nº 2672

**El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440**

Fecha: Mazo 20 05

Envía: Rubia Otro

Recibe: Jesús Ayala

Tel.: dia 29-06-1-05
Dui # 03404887-8

Tel.: 774-1817

Dirección: V A

Dirección: a Tonacatepeque

Entregado a: Jesús Ayala de paz

scripción del Envío: 70

Casa 3

---

**CONCORD EXPRESS**

Nº 267

**El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440**

Fecha: 20/03/05

Envía: Cristina Gamez

Recibe: Francisco Antonio Gamez

Tel:

Tel: 6817295

Dirección: $150.00

Dirección: Entrada al Carretera

## CONCORD EXPRESS

N° 19775

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: 08/03/05        Recibe: Nelson Alirio Chavez

Envía: Dexsi Turcios

Tel.:        Tel.:

Dirección: V.A        Dirección:

~~FAXED~~        ~~FAXED~~

Descripción del Envío: $250.

Recibió personal

Valor de los Artículos:

Cobro por Servicio: $        F.

---

Fecha: 20/2/05        Recibe: Mercedes del C. Cor
        (ANALCO)

Envía: Dinora Díaz

Tel.:        Tel.: 627-6168

Dirección:        Dirección: Recibió Dinero su esposo

Descripción del Envío: 4 Lbs OK    $55ε    X F. Díaz
        por su hija

Valor de los Artículos:        F.

Cobro por Servicio: — 25 —

Juan Israel Díaz (esposo)

---

## CONCORD EXPRESS

N° 25

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: 20/03/05        Recibe: Santiago Mart

Envía: David Henriquez

Tel.:        Tel.:

Dirección:        Dirección:

$340ε

Descripción del Envío:        Recibió hijo

Valor de los Artículos: 12

Cobro por Servicio:        F.



