## U.S. CUSTOMS AND BORDER PROTECTION
## SEIZED ASSET CLAIM FORM

Name: _Alberto E Montoya_    Seizure No. _2005-1704-000218-01_

Address: _9445 Wakefield St #101_

_Arlington, VA 22204_    **(IMPORTANT: BE SURE TO**

Telephone No: (____)_____    **COMPLETE ALL PARTS BELOW)**

As authorized by 18 USC 983(a)(2)(A), I request that the Government file a complaint for forfeiture on the seized property described below:

PART I

List all the items in which you claim an interest. Include sufficient information to identify the items, such as serial numbers, make and model numbers, aircraft tail numbers, photographs, and so forth. Attach additional sheets of paper if more space is needed.

PART II

State your interest in each item of property listed above. Attach additional sheets of paper if more space is needed.

PART III (ATTESTATION AND OATH)

I attest and declare *under penalty of perjury* that the information provided in support of my claim is true and correct to the best of my knowledge and belief.

_Alberto E Montoya_    _4-11-05_

Name (Print)    Date

_[signature]_

Signature

A FALSE STATEMENT OR CLAIM MAY SUBJECT A PERSON TO PROSECUTION UNDER 18 U.S.C. 1001 AND/OR 1621 AND IS PUNISHABLE BY A FINE AND UP TO FIVE YEARS IMPRISONMENT.

DEFENDANT'S
EXHIBIT
B

ELECTION OF PROCEEDINGS
CAFRA FORM AF PUBLISH

**NOTE: THIS FORM MUST BE COMPLETED AND RETURNED WITH YOUR PETITION OR OFFER. IF YOU DO NOT COMPLETE AND RETURN THIS FORM, THE BUREAU OF CUSTOMS AND BORDER PROTECTION SHALL PROCEED TO FORFEIT THE PROPERTY ADMINISTRATIVELY, REGARDLESS OF WHETHER YOU FILE A PETITION OR OFFER.**

TO: FINES, PENALTIES AND FORFEITURES OFFICER:

I understand that property in which I have an interest has been seized by the U.S. Customs Service under Case No. **20051704000218-01.**

Check ONLY ONE (1) of the following choices:

1. [X] **I REQUEST THAT U. S. CUSTOMS AND BORDER PROTECTION DELAY FORFEITURE PROCEEDINGS AND CONSIDER MY PETITION OR OFFER ADMINISTRATIVELY.** My petition or offer is attached. By making this request, I understand that I am giving up my right for the immediate commencement of administrative forfeiture proceedings, as provided under title 19, United States Code (USC), section 1607 and title 19, Code of Federal Regulations (CFR), part 162. If administrative forfeiture has begun, it will be stopped until my petition or offer is considered. However, I understand that *at any time* I can request, in writing, that Customs begin administrative forfeiture proceedings and Customs will continue to consider my petition or offer. I also understand that *at any time* I can file a claim with Customs (as described in Box 3 below) and Customs consideration of my petition or offer will stop and the case will be sent to the U.S. Attorney for court action.

2. [ ] **I ABANDON THE PROPERTY AND I REQUEST THAT THE BUREAU OF CUSTOMS AND BORDER PROTECTION BEGIN ADMINISTRATIVE PROCEEDINGS TO FORFEIT THE PROPERTY.** Please immediately begin publication of the notice of seizure and intent to forfeit. I abandon any claim or interest in the property.

3. [ ] **I REQUEST THAT THE BUREAU OF CUSTOMS AND BORDER PROTECTION SEND MY CASE FOR COURT ACTION.** Please immediately send the case to the U.S. Attorney for court action. I have fully completed, signed and attached a SEIZED ASSET CLAIM FORM as required by law. I understand that if I have not fully completed this form, Customs will treat my submission as a petition for relief under Box 1 described above.

_____     4-11-05
Signature                            Date

*Alberto E Montoya*
Printed Name

US Customs and Border Protections
FP&F Office
4340 International Parkway
Atlanta, Georgia 30354

April 11th, 2005

Alberto Enrique Montoya
Concord Express
944 S. Wakefield St. #101
Arlington, Virginia 22204

To Whom It May Concern:

RE: Case Number 2005-1704-000218-01

Alberto Enrique Montoya's SSN #: 564877707

This letter serves as our petition for relief from the seizure. Mr. Alberto Montoya gave
$34,200.00 to Mr. Flores who was seized with Mr. Montoya's money. The reason that
the money was in Mr. Flores' possession was that Mr. Montoya was tied up back home in
El Salvador due to the Easter week festivities in El Salvador. Since Mr. Montoya was
back in El Salvador, his office here was still doing business and the money needed to be
transported to El Salvador. Mr. Montoya has proofs and receipts that all the money given
to Mr. Flores was indeed business money he had received from all his clients that need to
be dispersed to all their loved ones back in El Salvador.

If you need any more information please do not hesitate to contact me at 703-521-4440.

Sincerely,

Alberto Enrique Montoya