## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br>555 Fourth St., N.W. )<br>Washington, D.C. 20530 )<br>    )<br>    Plaintiff(s),   )<br>    )<br>v.   )<br>    )<br>SEVENTY-NINE THOUSAND THREE )<br>HUNDRED TWENTY-ONE DOLLARS )<br>($79,321.00) IN UNITED STATES )<br>CURRENCY ),   )<br>    )<br>    Defendant(s)   )<br>    ) | Case No:   1:05-cv-01364<br>Judge:   Reggie B. Walton<br>Date Filed:   July 8, 2005 |

## PROPOSED ORDER

Based upon the motion of unnamed Defendant Mr. Alberto Montoya, and the Government's response, it is hereby:

**ORDERED** that Mr. Montoya's motion be and hereby is **GRANTED**, and it is further

**ORDERED** that the default entered on December 20, 2005 in case number 1:05-cv-01364 is vacated.

_____
Honorable Reggie B. Walton