# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |  |
|---|---|---|---|
| UNITED STATES OF AMERICA,<br>555 Fourth St., N.W.<br>Washington, D.C. 20530 | ) ) ) ) ) | | |
| Plaintiff(s), | ) ) | | |
| v. | ) ) ) | Case No:<br>Judge:<br>Date Filed: | 1:05-cv-01364<br>Reggie B. Walton<br>July 8, 2005 |
| SEVENTY-NINE THOUSAND THREE<br>HUNDRED TWENTY-ONE DOLLARS<br>($79,321.00) IN UNITED STATES<br>CURRENCY ), | ) ) ) ) | | |
| Defendant(s) | ) ) | | |

## MOTION TO EXPEDITE JUDGMENT REGARDING MOTION VACATE JUDGMENT BY DEFAULT

COMES NOW one of the unnamed Defendants herein, Alberto Montoya ("Mr. Montoya") through undersigned counsel and for good cause shown, hereby moves this Court to expedite judgment regarding the underlying motion to vacate judgment by default entered on December 20, 2005.

As detailed in Mr. Montoya's underlying motion, he was essentially misled by the U.S. Government into thinking that he had satisfied the Government as to the source of the funds which had been seized. And, due to his lack of language skills and the frequency of his overseas travel, he had never known about the impending default. Thus, On January 12, 2006 Mr. Montoya sought to vacate the judgment by default entered herein.

Recently, however, Mr. Montoya has received threats of substantial bodily harm, including death, in relation to the monies he was contracted to courier from the U.S. to El

Salvador in or about May 2005 and which were ultimately seized by the U.S. Government. In light of this grave situation, undersigned counsel prepared a letter for Mr. Montoya to give to the person(s) threatening him with great bodily harm and which states that a ruling on the status of the monies is still pending. *See* Ex. A. While we hope our letter will buy Mr. Montoya some time, we submit this motion in our efforts to bring the seriousness of the matter to this Court's attention.

## CONCLUSION

WHEREFORE, Defendant respectfully requests this Court expedite judgment in his favor by granting his motion to Vacate the judgment by default entered December 20, 2005.

Dated: April 27, 2006

Respectfully Submitted,

BY      _____/s/_____
             Martin F. McMahon, Esq.
             D.C. Bar No.: #196642
             1150 Connecticut Ave. N.W., Suite 900
             Washington, DC  20036
             (202) 862-4343

*Attorney for Defendant Montoya*

## CERTIFICATE OF SERVICE

I HEREBY certify that on this 27th day of April, 2006, a copy of the foregoing was sent via first class mailed, postage prepaid, to Judith Kidwell, Esq., U.S. Attorney's Office, Asset Forfeiture Unit, Criminal Division, 555 Fourth St., N.W., Room 4822, Washington, DC 20530.

_____/s/_____
Martin F. McMahon, Esq.

2