# MARTIN F. MCMAHON & ASSOCIATES

1150 CONNECTICUT AVENUE, N.W.
SUITE 900
WASHINGTON, D.C. 20036

Established 1978

TELEPHONE (202) 862-4343
FACSIMILE (202) 828-4130

www.martinmcmahonlaw.com

MARTIN F. MCMAHON
Managing Partner
Admitted in District of Columbia, New York
and U.S. District Court of Maryland

LISA D. ANGELO
Associate
Admitted in District of Columbia and
California

CHRISTOPHER D. BROWN
Of Counsel
Admitted in District of Columbia and
Maryland

JASON A. DZUBOW
Of Counsel
Admitted in District of Columbia and
Maryland

JACQUELYN GLUCK
Of Counsel
Admitted in District of Columbia

ROBERT MANCE
Of Counsel
Admitted in District of Columbia and
Maryland

11 Abril 2006

A Quien Lo Concierne:

Nuestra compañia representa a Alberto Montoya en su caso de caducidad de ventaja contra los Estados Unidos de América. Nosotros entendemos que parte de las ventajas agarradas pretenece a usted o a su familia. Les pedimos que sepas que en enero de 2006, pedimos al Tribunal del Distrito de los Estados Unidos para el Distrito de Columbia de requerir a ese dinero que agarraron en Julio de 2005 y que sea vuelto al Sr. Montoya. Anticipamos un resultado favorable. Sin embargo, no se puede ocurrir ningún juicio de nuestra parte en los próximos seis meses. Simpaticemos con usted y con su familia en estos momentos de dificultad financiar. Lamentablemente, esta situación esta fuera de nuestra capacidad y esta en manos del Tribunal del Distrito para el Distrito de Columbia.

Si usted tiene más preguntas con respecto a este asunto, por favor contacte nuestra oficina. El Sr. Montoya no tiene influencia en este asunto y no puede accelerar el proceso, así que sugeriría no contactarlo en el futuro.

Sinceramente,

Lisa D. Angelo

DEFENDANT'S EXHIBIT A