**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, <br> 555 Fourth St., N.W. <br> Washington, D.C. 20530 <br><br>       Plaintiff(s), <br><br> v. <br><br> SEVENTY-NINE THOUSAND THREE <br> HUNDRED TWENTY-ONE DOLLARS <br> ($79,321.00) IN UNITED STATES <br> CURRENCY ), <br><br>       Defendant(s) | Case No:   1:05-cv-01364 <br> Judge:     Reggie B. Walton <br> Date Filed:  July 8, 2005 |

**RENEWED RULE 60(b) MOTION TO VACATE JUDGMENT BY DEFAULT**

    COMES NOW Alberto Montoya ("Mr. Montoya") through undersigned counsel and for good cause shown, hereby moves this Court pursuant to Fed. R. Civ. P. 60(b) to vacate the judgment entered by this Court on December 20, 2005. As the Court is aware, this matter concerns an asset forfeiture that occurred in or about May 2005 in the amount of $79,321.00. Our client, Mr. Montoya, has a 1/3 property interest in said monies and as presented in Mr. Montoya's initial motion to vacate filed on January 12, 2006, Mr. Montoya seeks Rule 60(b) relief as he is ultimately entitled to the return of $34,600, totally untainted monies.

    Aptly noted by this Court in its May 22, 2006 Order, the threshold question in this matter is whether Mr. Montoya has a meritorious defense to the forfeiture action. As detailed in the attached memorandum of points and authorities in support of this motion, Mr. Montoya was at least a "bailee" of said monies, and he had and continues to have a colorable legitimate interest

in the property, since he is personally liable for repayment of the seized funds. He was unaware of the improper actions of the agent, and as such, he qualifies as an "innocent owner" under 18 U.S.C. § 983(d).

Based upon the foregoing, this Court should vacate the final judgment entered against Mr. Montoya pursuant to Fed. R. Civ. P. 60(b). A proposed order is attached vacating the judgment.

Respectfully Submitted,

**MARTIN McMAHON & ASSOCIATES**

BY  _____/s/_____
Martin F. McMahon, #196642
Lisa D. Angelo, #491206
1150 Connecticut Ave. N.W., Suite 900
Washington, DC 20036
(202) 862-4343
(202) 828-4130 (fax)

*Attorneys for Defendant Montoya*

## CERTIFICATE OF SERVICE

I HEREBY certify that on this 6th day of June, 2006, a copy of the foregoing was sent via electronic mail, to Judith Kidwell, Esq., U.S. Attorney's Office, Asset Forfeiture Unit, Criminal Division, 555 Fourth St., N.W., Room 4822, Washington, DC 20530.

_____/s/_____
Lisa D. Angelo, Esq.

2