IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> 555 Fourth St., N.W. <br> Washington, D.C. 20530 <br><br> Plaintiff(s), <br><br> v. <br><br> SEVENTY-NINE THOUSAND THREE HUNDRED TWENTY-ONE DOLLARS ($79,321.00) IN UNITED STATES CURRENCY ), <br><br> Defendant(s) | Case No:   1:05-cv-01364 <br> Judge:     Reggie B. Walton <br> Date Filed: July 8, 2005 |

**PROPOSED ORDER**

Based upon the motion of unnamed Defendant Mr. Alberto Montoya, and the Government's response, it is hereby:

**ORDERED** that Mr. Montoya's motion be and hereby is **GRANTED**, and it is further

**ORDERED** that the default entered on December 20, 2005 in case number 1:05-cv-01364 is vacated.

_____
Honorable Reggie B. Walton