# AFFIDAVIT

**In the District of Columbia**

I, Alberto Montoya, hereby declare the following as true and correct statements of fact and I give this affidavit in support of my motion Motion to Vacate a Default Judgment entered on December 20, 2005 in case number 1:05-cv-01364:

I am both a US Citizen and Citizen of El Salvador. I speak very little English.

When in the United States I reside at 930 So. Wakefield St., Arlington, Va. 22204.
When in El Salvador I reside at 1st Ave. So. #15 El Transito, El Salvador.
I have a wife and two children which live in El Salvador. My wife has a green card and travels with me sometimes to the USA because she is a partner in my business.
I travel back and forth between Virginia and El Salvador approximately every fifteen (15) days.

I own my own business along with my wife, Gladys Montoya. I run the business and have done so for the last ten (10) years. The name of my business is Concord Express and the address is 944 S. Wakefield St., Suite 101, Arlington, Va. 22204. I have one office in the US and another office in El Salvador. I run the US office and my wife runs the El Salvador office. For ten years my wife and I have filed joint tax returns on our business Concord Express.

Concord Express is a courier service. We carry money, clothes and electric items back and forth for customers from the US to El Salvador.

March 2005

I was staying at my El Salvador home longer that usual because I was sick. My sole employee Luciano Bonilla was running my Virginia office in my absence.

While in El Salvador, on March 21, 2005, a Monday, I went to the El Salvador airport to pick up a package a courier named Efrain Santos was bringing to my office in El Salvador from my Washington, DC office. Mr. Santos was carrying packages for my business and two other businesses. I waited for Mr. Santos at the El Salvador airport for approximately nine (9) hours. Mr. Santos never arrived. Finally, on March 22, 2005 Mr. Santos arrived and he explained to me that US Customs had confiscated all of the monies he was carrying because he did not declare everything. Mr. Santos explained he only declared that he was carrying $23,000 when he was actually carrying $101,000 dollars. The amount of money he was actually carrying for me was $34,600.

April 2005

On April 7, 2005 I flew into the Atlanta airport to speak with someone about the confiscated money. On Friday April 8, 2005 I did speak with Paula L. Primm from the Fines, Penalties

1


DEFENDANT'S EXHIBIT A

& Forfeitures office approximately 3 mi. from the Atlanta airport. Ms. Primm gave me papers to sign and told me to explain what specific interest I have in the confiscated money. I took the papers and came to my office and home in Virginia.

During the weekend of April 9-10, 2005, I called my friend Susana Ibarra and asked her if she could help me fill out the papers Ms. Primm had given me. I knew that Ms. Ibarra used to work for a law firm and would be more familiar with the paperwork Ms. Primm had given me. Also, I do not read English and speak little English and Ms. Ibarra could help interpret the documents as well.

On April 11, 2005 I went to Ms. Ibarra's house and brought the papers Ms. Primm had given me. I asked Ms. Ibarra for her help explaining the documents to me. Ms. Ibarra explained that the US Government seized money and in order to retrieve the money I had to sign the documents and provide evidence or reasons that the money was legitimate. I asked Ms. Ibarra to help me type a letter explaining my situation including the fact that I had receipts and could prove the money was legitimate. Ms. Ibarra did help me type a letter which I took with me back to Atlanta on April 12, 2005

On April 12, 2005 I presented the letter Ms. Ibarra helped me type along with the signed papers Ms. Primm had given me to sign. Ms. Primm told me it would take five (5) months to resolve the matter. I said "ok" and from there, I flew back to El Salvador with the understanding that I wouldn't get my money back for five months.

July 2005

During July 2005 I received a package from the Government at my office. I immediately called Ms. Ibarra and asked her if I could come to her house and show her what I got. Ms. Ibarra agreed.
On July 10, 2005 I went to Ms. Ibarra's house and brought her the package I received from the Government.
Upon review of the package Ms. Ibarra explained to me that we needed to get a statement from each of my customers declaring that they were sending money from the US to El Salvador for their families and for no illegitimate purpose. I agreed to do this. I also told Ms. Ibarra that I had receipts that could also help.
Within about a week, Ms. Ibarra typed letters for me to have my customers sign and while she did this I was getting the necessary receipts to provide to the government.
I called each client that I could reach and asked them to come to my office to sign the statements Ms. Ibarra drafted for me. I got 96 out of 140 signatures from my customers declaring that the business they do with me is legitimate and that they send money to their families in El Salvador. It took me approximately 15 days to get all of the signatures.

August 2005

Approximately, the week of the 26th of August, I took all of the signed statements and receipts I had gathered to Ms. Ibarra's house so that we could put together a package that I would send to the government.

2

The next day I took the package Ms. Ibarra and I had put together to a U.S. Post office located at Columbia Pike and Deer Rd. in Arlington, Va. and mailed the package to the address on the letter sent to me in July requesting me to do this. The address I mailed this package to was 555 Fourth st., Washington, Dc 20530.
I mailed the package priority mail.

September 2005 – October 2005

From September 2005 through October 27, 2005 I heard no reply from the Government regarding my package or the confiscated money that I thought I would be recovering.

Finally, in late October 2005 I received a call from my American employee Luciano Bonilla. Mr. Bonilla explained to me that a letter came to me from the Government. I asked Mr. Bonilla to fax both me and Ms. Ibarra the letter because I was in El Salvador. Mr. Bonilla did as I asked of him and faxed me the October 27, 2005 letter to my office in El Salvador and to Ms. Ibarra's office in Virginia.

I called Ms. Ibarra to see if she got a copy of the October 27, 2005 letter and if she could explain to me what it meant. Ms. Ibarra explained that she did get a copy, had read it and said that she understood the letter to mean that I was going to get my customer's money back but that I had to wait until January 5, 2006.

November 2005 – December 2006

From November 2005 - December 2005 I heard nothing more from the Government nor did I send any letters or make any contact with the Government regarding this issue.

On December 19, 2005, I flew home to El Salvador and stayed there until January 1, 2006.

On January 1st, 2006 I flew into Washington National Airport. From the airport I immediately went to my office in Arlington, Va. Upon walking into my office I checked my mail and found two letters from the Government. I immediately called Ms. Ibarra and told her what I had received and that I needed to show the documents to her. Ms. Ibarra explained she was busy with the holidays and that I could not come over to show her the documents until January 4, 2006.

On January 4, 2006 I went to Ms. Ibarra's house in Virginia and brought her the documents I received over the holidays and while I was in El Salvador. After looking at the documents Ms. Ibarra said that she was confused because she thought I was getting the money back and the papers looked like I wasn't. She told me she would call Michael Humphreys the United States Attorney named on the papers.
I know that Ms. Ibarra began calling Michael Humphreys immediately and continued to call Mr. Humphreys every day trying to get us an appointment and find out what had happened.

3

On January 6, 2006 I went with Ms. Ibarra to Mr. Humphrey's office around 9am. I was unable to talk to Mr. Humphrey because we did not have an appointment.

Ms. Ibarra then got me an appointment with a lawyer and together we went to see Mr. Martin F. McMahon immediately after being turned away from Mr. Humphrey's office.

The content of this affidavit has been read to me in Spanish and I therefore agree with the content of the document.

_____    JANUARY 6, 2006
*Alberto Montoya*                   Dated
930 So. Wakefield St., Arlington, Va. 22204


Subscribed and sworn to before me, this 6th day of January, 2006.

_____
*Alberto Montoya*

Pat Martin  *Patricia B Martin*

NOTARY PUBLIC    Patricia B. Martin
                 Notary Public, District of Columbia
                 My Commission Expires 3-31-2009
My commission expires: _____, 20____.

4