4341 International Parkway, Suite 600
Atlanta, GA 30354



**U.S. Customs and Border Protection**

October 27, 2005

ENF-4-AT:F:MT

Alberto Montoya
944 South Wakefield Street #101
Arlington, VA 22204

Re:  Case 20051704000218-01
     Santos Flores

Dear Mr. Montoya:

This is in response to the petition that you submitted on April 11, 2005, seeking relief from forfeiture in connection with the above-referenced case involving the seizure of $101,251.00 in United States currency. The property was seized from Santos Flores on March 21, 2005 under the provisions of, 31 USC 5316, 5317(c) and 31 USC 5332, because he knowingly attempted to transport currency in excess of $10,000.00 out of the United States without properly reporting it to U.S. Customs and Border Protection in an attempt to circumvent the currency reporting requirements.

In the petition, you claimed ownership of $34,200.00 of the seized currency. You claimed that Mr. Flores was transporting this money on behalf of your business, Concord Express because you were unable to do so yourself. You further claimed that the currency was given to you from various clients in order to be transported and distributed to their loved ones in El Salvador. In support of the petition, you submitted cash receipts to show the amount that you claim Concord Express received from each individual.

A Complaint for Forfeiture has been filed in the U.S. District Court for the District of Columbia for $79,321.00 of the $101,251.00 seized in this case. We have therefore discontinued the administrative forfeiture process on that portion of the seized funds. We deny relief on the remaining $21,930.00 as we have found insufficient proof of a legitimate source of the funds and intended use for the funds.

In accordance with the decision rendered in this case, U.S. Customs and Border Protection will seek to forfeit the property in accordance with 19 USC 1607 and 19 CFR 162.45 by publishing a notice of seizure and intent to forfeit in the Atlanta Journal Constitution on or about January 5, 2006.



DEFENDANT'S EXHIBIT C

2

Should further information be required, please contact Maureen Thomas at 404 675-1316.

Sincerely,

Paula L. Primm
Fines, Penalties & Forfeitures Officer

Enclosure

861 8580