## B. Economic Performance

10.    **Macro Economic Performance.** Since the end of the civil war in 1992, El Salvador has generally maintained a solid track record of macroeconomic policy and structural reform. This record has been characterized by low inflation rates, low fiscal deficits and stable debt levels. In recognition of this record, El Salvador has obtained stable and low-cost access to external financing since the late 1990s, maintaining high credit ratings. In October 2004, El Salvador, along with Chile and Mexico were the only countries in Latin America to boast investment grade ratings by Moody's.

**Table 2: El Salvador Key Economic Indicators (1996-2003)**
*(as % of GDP unless otherwise indicated)*

|  | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|---|---|---|
| **Real Growth Rates** | | | | | | | | |
| GDP growth | 1.7 | 4.2 | 3.7 | 3.4 | 2.2 | 1.7 | 2.2 | 1.8 |
| GDP per capita | 1.4 | 1.5 | 1.5 | 1.4 | 0.2 | -0.2 | 0.3 | 0.1 |
| Inflation (end of period, % change) | 7.4 | 1.9 | 4.2 | -1.0 | 4.3 | 1.4 | 2.8 | 2.5 |
| **Macro-economic Indicators** | | | | | | | | |
| Gross Domestic Investment | 15.2 | 15.1 | 15.5 | 16.4 | 16.9 | 16.7 | 16.2 | 16.6 |
| Gross National Savings | 13.5 | 16.0 | 16.8 | 14.5 | 13.6 | 15.6 | 13.3 | 11.7 |
| Current account balance | -1.7 | 0.9 | -0.7 | -1.9 | -3.3 | -1.1 | -2.9 | -4.9 |
| Foreign direct investment | 0.1 | -1.0 | 7.2* | 1.3 | 1.4 | 2.1 | 3.5 | 0.5 |
| **Public Sector Accounts** | | | | | | | | |
| Total NFPS revenues and grants | 17.3 | 16.1 | 15.7 | 15.7 | 16.6 | 15.6 | 16.1 | 16.8 |
| Total NFPS expenditures (incl. Pensions) | 19.7 | 17.8 | 18.4 | 18.5 | 19.6 | 20.0 | 20.5 | 20.6 |
| NFPS primary balance | -0.7 | -0.2 | -1.1 | -1.4 | -1.5 | -3.0 | -2.7 | -1.7 |
| Overall NFPS balance (with pensions) | -2.4 | -1.8 | -2.6 | -2.8 | -3.0 | -4.4 | -4.4 | -3.8 |
| **Public Debt** | | | | | | | | |
| Total Public Sector Debt | 29.4 | 30.2 | 27.4 | 28.1 | 29.2 | 34.0 | 38.7 | 40.7 |
| O/w Domestic | 5.0 | 6.1 | 5.4 | 6.3 | 6.6 | 8.8 | 11.7 | 11.5 |
| O/w External | 24.4 | 24.1 | 22.0 | 21.8 | 22.5 | 25.2 | 27.0 | 29.2 |
| External Public Debt Service (% of XGS) | 16.8 | 13.0 | 17.2 | 18.1 | 10.1 | 14.7 | 17.7 | 13.3 |
| **Memorandum:** | | | | | | | | |
| Overall NFPS balance (w/o pensions) | -2.4 | -1.8 | -2.6 | -2.8 | -3.0 | -3.7 | -3.3 | -2.1 |

\* Includes privatization proceeds of 6.8% of GDP
Source : Central Bank of El Salvador, Ministry of Finance and Bank estimates

11.    After almost a decade of keeping an unchanged level of the exchange rate vis-à-vis the dollar, Salvadorans took the important step of making the dollar legal tender in 2001, a decision which recognized the growing ties of the Salvadoran economy with the United States. The decision also reflected some frustration with domestic interest rate levels, which continued to reflect a sizable exchange rate premium, despite a proven record of solid macro management and ample international reserve holdings. With

dollarization, inflation rates have converged to international levels, and interest rates have dropped to reflect world interest rates plus a country premium. Exports have continued to grow under the new regime, thanks to a flexible labor market and efforts to boost competitiveness, despite depressed external demand and adverse terms of trade. In addition, reduced transaction costs from dollarization have facilitated financial flows, a phenomenon that has strengthened the regional standing of El Salvador's financial sector and explains growing cross border lending.

12.    El Salvador's fiscal accounts have shown some deterioration since 2000, as a result of reconstruction investments needed to reestablish infrastructure damaged with the 2001 earthquakes, as well as the need to absorb some of the transitional costs of the pension reform of 1996. Consequently, El Salvador's non-financial public sector deficits have risen since 2000, peaking at 4.4 percent of GDP in 2002. Due to El Salvador's good standing as a sovereign debtor in international markets, much of the fiscal burden has been financed at moderate cost, although at the expense of a rise of about 10 percentage points in NFPS debt in the period 2000-2003, reaching 40.7 percent of GDP by end 2003.

13.    On the external side, El Salvador has seen some growth of the current account deficit since 2002, financed mainly by strong inflows of private lending -- through international bond issues and increased lending from commercial banks and other private sources -- as well as FDI flows. Since most of the recent increase can be explained by the need to finance greater fiscal deficits, the shortfall in the current account can be expected to narrow gradually as the new government carries out its fiscal plans. On the other hand, the large trade imbalance of recent years (about 15% of GDP in 2003), financed by the significant flow of remittances from Salvadorans living abroad (see Box 2), is likely to persist into the future. Remittances have exhibited a secular increase since the 1980s and have proven insensitive to cycles in the U.S. economy.


DEFENDANT'S EXHIBIT

## BOX 2: REMITTANCES IN THE SALVADORAN ECONOMY

Large migration flows associated with the intensification of the civil war in the early 1980s, are responsible for the steady growth of remittances which has become the largest source of foreign exchange for the economy of El Salvador. Remittances have increased from an average of 2.6 percent of GDP during the 1980s to 14 percent in 2003. In contrast to other flows of foreign exchange, remittances do not generate undesirable indebtedness cycles and have proven to be remarkably stable. The persistence of these flows, despite the downturn in economic activity in the U.S. in 2001-02, served to cushion the economic shocks that affected El Salvador, including the decline in coffee prices.

The aggregate impact of remittances on the Salvadoran economy has been very significant. In macroeconomic terms, they are the principal source of financing for the growing trade imbalance of recent years, which has risen from less than 7 percent of GDP during the 1980s to 15 percent in 2003. An injection of resources of this magnitude would normally be expected to cause significant macroeconomic effects, including a real exchange rate appreciation and a decline in exports. However, studies have confirmed that El Salvador has managed to maintain its external competitiveness and a healthy export performance, due to a relatively flexible labor market (The World Bank, 2004, CEM).

Remittances reach directly about 14 percent of Salvadoran households, who use about 70 percent of their value to meet consumption needs. Household data suggests that the majority of the direct recipients have been households in the middle and upper deciles, as migration costs and barriers are daunting for the poorest. However, the importance of these flows in total income is highest for the poor. Remittances have become a critical source of income and an important safety net for many Salvadoran families that are subject to swings in incomes.

While remittance flows already exert a strong impact on the Salvadoran economy, creative policies and initiatives could improve their development impact. Senders and recipients should be encouraged to open and use bank accounts, to reduce costs, minimize risks and gain access to credit. Governments can establish incentives to formalize remittance flows and to encourage their use for investment, including for the creation of small enterprises. Hometown associations, working together with local and central governments, and the private sector can play a useful role in aggregating flows to make significant investments in local infrastructure and other public goods.

14. **El Salvador medium-term outlook.** Looking towards the future, there is a pressing need to address the recent build up in public debt as El Salvador continues to be vulnerable to shocks that may require fiscal reaction space (e.g., natural disasters, commodity prices, international recession). The new Saca Administration has made containment of the recent run up in debt levels a top priority. The medium-term plan is designed to lower the deficit and reduce overall debt levels, which are targeted to decline to about 39.2% of GDP by the end of the presidential term (2009) (see Table 3).[3] The plan includes significant fiscal adjustment, as the government aims to reduce debt while at the same time absorbing the growing costs of pension reform and creating space for additional growth and social expenditures.

15. In keeping with its track record of prudent macroeconomic planning and acknowledging that vulnerabilities to external shocks still remain, the government's plan is based on conservative projections of 3 percent GDP growth during the period 2005-2009. These projections are an improvement over the average rate of the period 1996-2004 of 2.5 percent, but still low by historical and regional norms. In particular, the Bank's recent Country Economic Memorandum (CEM) predicted that without negative

---

[3] In 2004 total public sector debt is estimated at 44.8 percent of GDP. The difference with the NFPS figures presented in Table 3 is accounted by outstanding net debt of the Central Bank and other public banks.

---

exogenous shocks, continued implementation of reforms should yield annual growth rates in excess of 4.0 percent. The government hopes that its proposed fiscal plan will allow it to gradually increase public investment levels in growth-inducing expenditures over the medium term, with emphasis on human capital and infrastructure.

16. While higher growth should facilitate continued progress in poverty reduction efforts in El Salvador, it is unlikely to be enough. The new government plan also recognizes that some of the poorest Salvadorans have been unable to take advantage of economic growth over the past decade and a half and require special efforts in terms of improved targeting and additional resources in social programs. To build effectively on past achievements, the government has proposed to implement a safety net for the poorest and most improving access to basic services and developing a safety net for the poorest and most vulnerable households. Despite difficult fiscal constraints, the government plans to increase social spending gradually over the next five years. The efficiency and targeting of social expenditures should also improve as the government proceeds with its program of social sector reforms, particularly in health and water.

**Table 3: Medium Term Macroeconomic Scenario**
(as % of GDP, unless otherwise indicated)

| | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 |
|---|---|---|---|---|---|---|
| **Macro-economic indicators** | | | | | | |
| GDP growth (% change) | 1.8 | 2.5 | 3.0 | 3.0 | 3.0 | 3.0 |
| Inflation (end of period % change) | 5.5 | 2.5 | 2.5 | 2.5 | 2.5 | 2.5 |
| Gross reserves (months of imports) | 4.5 | 4.3 | 4.3 | 4.3 | 4.3 | 4.3 |
| Foreign direct investment | 1.0 | 1.0 | 1.5 | 1.5 | 1.5 | 1.5 |
| | | | | | | |
| **Public Sector Accounts** | | | | | | |
| Total NFPS revenues | 16.8 | 17.1 | 17.0 | 17.4 | 17.9 | 18.4 |
| Current Revenues | 16.3 | 16.6 | 16.7 | 17.1 | 17.6 | 18.1 |
| Tax revenues | 12.2 | 13.3 | 13.6 | 14.1 | 14.6 | 15.2 |
| Total NFPS expenditures | 19.3 | 20.1 | 19.3 | 18.9 | 18.9 | 19.7 |
| Current Expenditure (incl. Pensions) | 16.7 | 16.8 | 16.3 | 15.8 | 15.4 | 15.0 |
| Capital Expenditures | 2.6 | 3.3 | 3.0 | 3.1 | 3.5 | 4.7 |
| Overall NFPS balance | -2.5 | -3.0 | -2.3 | -1.5 | -1.0 | -1.3 |
| Total NFPS Debt | 40.5 | 40.9 | 40.7 | 40.3 | 39.5 | 39.2 |
| | | | | | | |
| **Balance of payments** | | | | | | |
| Current account balance | -4.4 | -4.0 | -4.2 | -4.3 | -4.3 | -4.2 |
| Exports of goods | 20.4 | 19.6 | 19.7 | 19.6 | 19.8 | 20.0 |
| Imports of goods (f.o.b) | -36.2 | -35.6 | -35.5 | -35.6 | -35.5 | -35.6 |
| | | | | | | |
| **Memorandum Item:** | | | | | | |
| Gross Domestic Product ($ million) | 15,697 | 16,474 | 17,506 | 18,500 | 19,550 | 20,660 |
| Overall NFPS balance (w/o pensions) | -0.7 | -0.9 | -0.1 | 0.7 | 1.2 | 0.8 |

Source: Ministry of Finance estimates (base case scenario).