## CONCORD EXPRESS

N⁰ 25235

Comala

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: 20/03/05    Recibe: Miguel A. Alcano
Envía: Saul alfaro    Rubenia alfaro
Tel.:    Resibio Miguel yarbatif, Miraflo
Dirección: $300    Dirección: Km 35 coret. Vies

---

## CONCORD EXPRESS

N⁰ 0724

El Trá

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: 20-03-05    Recibe: Juan Jose BERRIOS
Envía: Sonia Gonzales
Tel.:    Tel.:
Dirección: ___ K    Dirección: O.F. El transito
Descripción del Envío: $75.00    DUI n⁰
    Resibio persona
Valor de los Artículos: $5.00
Cobro por Servicio: $5.00    F⁰ JJBerrios

---

## CONCORD EXPRESS

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: 20-03-05    Recibe: Rosa Amelia Gon
Envía: Sonia Gonzalez
Tel.:    9355 624
Dirección: $250 = OK.    Dirección: Caserio El Limon D4
    Dorada



DEFENDANT'S
EXHIBIT
A

# CONCORD EXPRESS

No. 26705

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: 20/03/00          Recibe: _Mrto dicio_

Envía: _Sandro ___          Tel.: _____

Tel.: _____          Dirección: _____

Dirección: _____

Descripción del Envío: $100 E          DUI  02665616-2

---

## CONCORD EXPRESS

No. 26295

El Salvador

$100 E

Recibió personal
Bertila Romith

---

## CONCORD EXPRESS

No. 26735

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

$500 E

Recibió personal

**CONCORD EXPRESS** of 3   N° 2522

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: 19/03/05      Recibe: Abigail Amaya

Envia: Joni Amaya

Tel.:                 Tel.:

Dirección:           Dirección:

Descripción del Envío: $400 ε OK    Persona

Valor de los Artículos: 5

Cobro por Servicio: 5     F. Rosa Abigail Amaya

---

**CONCORD EXPRESS**

El Salvador, 616-0128 • E.E.U.U. 703 21-4440

Fecha: 19/03/05      Recibe: Maria Magdalena

Envia: Xioniara Palio              Palio

Tel.:                 Tel.:

Dirección:  OK        Dirección: B° La Cruz

Descripción del Envío: $50 ε    Persona

Valor de los Artículos: 5

Cobro por Servicio: 5     X F. Maria Magdale Palio

---

$175 ε                Resibio persona

## CONCORD EXPRESS

N° 26

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: 20/03/05       Recibe: Antonia Rivas

Envía: Yesenia Romero

Tel:

Dirección:           Dirección: al norte de Cen

$100 ok

## CONCORD EXPRESS

N° 2670

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: 20/03/05 L      Recibe: Juana de porti

Envía: Xeni Portill       Vigente

Tel: (703) 99-9007       Dirección: 616089 2

Dirección:            Se bo e Domingo

Descripción del :   $100      Resibismoises   07970950-9
                              Cultura

Valor de los Artículos:  8 —      F. Thomas E García

Cobro por Servicio:

## CONCORD EXPRESS

No. 05135

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: 20 de Marzo      Recibe: Victor Manuel

Envía: Yanci Portillo         Portillo

Tel.:             Tel.:

Dirección:           Dirección: al sur del

                   Cementerio

Descripción del Envío: $100  Cien     DUI 02410465-6

Valor de los Artículos:

Cobro por Servicio:          F. V Portillo

**CONCORD EXPRESS**    Nº 25?

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: 18 Marzo /05    Recibe: Noreya Trejo
Envia: Wilnela Coreas    Calle Pepal #
Tel:    Tel: Calle Leona Alcaldes
Dirección:    270122
$100 €    Residro la peso vi Torberas
Descripción del Envio: 9½ Lbs°    primera casa
totos ok    alcaldilla
Valor de los Articulos:
Cobro por Servicio: -57-    F

---

**CONCORD EXPRESS**    Nº 267

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440    S.R

Fecha: Merze-70-05    Recibe: Morgarita Chorz
Envia: William B Chorz
Tel:    Tel:
Dirección: V.A    Dirección: B° An Benito
Descripción del Envio: 100 €    Resibió personel
Okentrega
Valor de los Articulos:
Cobro por Servicio: 5    F

---

**CONCORD EXPRESS**    Nº

El Salvador    : 616-0128 • E.E.U.U. 7    521-4440    S.N

Fecha: 20/03/05    Recibe: Steven Cubias
Envia: William Cubias    Col. La presito
Tel:    Tel: Final D°
Dirección:    $150 € OK    Dirección: Capulin #80
Descripción del Envio: 2 Lbs. OK    6672866
William Steven
Valor de los Articulos:
Cobro por Servicio: -15-    F William Steven
Cubias Romes

**CONCORD** ~~EXPRESS~~

El Salvador, Tel.: 616-0128 * E.E.U.U. (703) 5

Fecha: 19/03/05

Envia: Rosa A. Medina

Dirección:

Descripción del Envío: $75 ℮

Valor de los Artículos

Cobro por Servicio: -5-

Recibe: Rosa Ermina Medina

Tel.: 632125 2

Dirección:

DUI. 02337849-8
PERSONAL

X F REM

---

**CONCORD EXPRESS**    N° 26759

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: 03-20-05

Envia: Rodolfo Rosls

Dirección:

Descripción del Envío: 100 €

Valor de los Artículos

Cobro por Servicio: 5

Recibe: Lucia Rosal

Tel.:

Dirección: por el mismo

Recibió personal

X F Manuel Rosal

---

**CONCORD EXPRESS**    N° 243

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: 20-03-05

Envia: Ramon Sanchez

Dirección:

Descripción del Envío: $100.00

Valor de los Artículos

Cobro por Servicio: $5.00

Recibe: Ana Luisa Rivas Sanch

Tel.: $967413

Dirección: desvio Hda. la carrera, Sector
la Hauga. Camino a pto. Varias

Dui n° 02751221-9

Resibio personal

F

## CONCORD EXPRESS

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: *Marzo 20-05*

Envia: *Rosa Orienta Garcia*

Recibe: *Nelioldo Flores*

Tel.:

Tel.:

Dirección: *U.A*

Dirección:

Descripción del Envío: *70*

*Recibio para Ana Natividad*

Valor de los Artículos:

Cobro por Servicio: *5*

F. *MBros*

---

## CONCORD EXPRESS

No 25242

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

*20 Marzo los*

*Rosa Gloria Guevara*

Recibe: *Roxana o Brenda*

Tel.: *Guevara*

...cción:

Dirección: *616-0611*

...ipción del Envío: *$150*

*100 CK0*
*50 ps 0K*

...de los Artículos: *3 cts, leben $50*

*Resibio Roxa*

...o por Servicio: *8*

F.

---

## CONCORD EXPRESS

No 2666

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

*20/03/05*

...echa: *Roberto Furcios*

Recibe: *Abigail Amaya*

...nvia:

Tel.: *7244801*

...el.:

Dirección:

Dirección:

Descripción del Envío: *$90*

*personal*

Valor de los Artículos: *5*

F. *Rosa Abigail Amaya*

Cobro por Servicio: *5*

FROM : JOSE C PHONE NO. : 7037420129 Aug. 23 2025 09:03PM P1

# CONCORD EXPRESS

Nº 25209

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: 19/03/05
Envia: Reyna Arevalo
Tel.:
Direccion:

Recibe: Margarita Zepeda
c. Julia Arevalo
Tel.: 755 861(
Dirección: 14 Av. Nte Res. Col. Tropican

Descripción del Envío: ¢13,000 (trece mil)

Valor de los Articulos:
Cobro por Servicio: -195-

Direccion
1615 Beacontree Lane apt #1D
Reston VA 20190
F. Tel 571 203 9164

## CONCORD EXPRESS

No 26775

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: 20/03/05
Envía: Manuel Hernandez
Tel.: $150.00 Personal
Direccion: $150 Xasumaltimez

Recibe: Santos Molina
Tel.:
Direccion: Cte. Escuela

---

## CONCORD EXPRESS

No 266

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: 20/03/05
Envía: Maria del F. Guzman
Tel.:
Dirección: OK
Descripción del Envío: $500

Valor de los Artículos:
Cobro por Servicio: 15

Recibe: Blanca Lidia Gr.
Tel.: 632 0809
Dirección:

PERSONAL

A Blanca Sguzman

---

El Limon

## CONCORD EXPRESS

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: 20-03-05
Envía: Maritza Gonzalez
Tel.:
Dirección: OK
Descripción del Envío: 1 PACK de 5 Lbs + $100.00

Recibe: Rosa Amalia Gonzalez
Tel.: 9355 624
Dirección: Caserio El Limon, Pte parada
Resivio el (hijo)

# CONCORD EXPRESS

Nº 2671

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: Mazo 20-05

Envía: Nelson Flor     OK

Tel.:

Dirección: V.A 100 E. OK

Recibe: Matilde Flor

R- ilana $20 Hrs

Tel.:

Dirección: Colordo Av. Pu

---

# CONCORD EXPRESS

Nº 25225

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: 19/03/05

Envía: Nelson Ramirez

Tel.:

Dirección: $150

Recibe: Isabel Ramirez

Tel.:

Dirección: B= Concepció

personal

---

DINERO RETENIDO
EN ATLANTA     La pista

# CONCORD EXPRESS

No. 05127

El Salvador, Tel.: 616-0128 * E.E.U.U. (703) 521-4440

Fecha: 20/Marzo/05

Envía: Nery Antonio Orellana

Tel.:

Dirección: V.A

Recibe: iris Orellana

Tel.: 624-0270

Dirección: La pista

Recibio personal

Descripción del Envío: $200.00

DEL DINERO RET.
EN ATLANTA
20 Marzo

Valor de los Artículos:

Cobro por Servicio: $10.00

F.

# CONCORD EXPRESS

No 25293

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: _____     Recibe: _____

Envía: _____

Tel.: _____     Tel.: _____

Dirección: _____     Dirección: _____

Descripción del Envío: _____

Valor de los Artículos: _____

Costo por Servicio: _____



# CONCORD EXPRESS
El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440    No. 2674

Fecha: _Marzo 30.05_          Recibe: _Dolores B_

Envía: _Noel Marquez_

Tel.: _V.A_                    Tel.: _299-0804_

Dirección: _V.A_              Dirección: _Col. Am_

Descripción del Envío: _95 C_    _Pte. 23 Casa 7_
                                  _Rubio Germania_
out# 0199167427 _Delmy Yamilette Rivas_

Valor de los Artículos: _5_

Cobro por Servicio: _5_        F. _____

**CONCORD EXPRESS**

No. 26727

El Salvador, T. ~16-0128 • E.E.U.U. (703) 521-4440

Marzo - 20 05
Pedro Arias

Recibe: Rosa Cruz
663-7806
Tel.: No quiso Recibir
Dirección: Cal. El Vatican
pal. 6 casa #4

n.:                                OK

ión del Envío: 1Pack 3/05.
Sobre (150 E

os Artículos:

Servicio:                15+8        P16,50E

Resivio la hija)
*(R.E.M.R) (Rosa Emilin
Luisa Arias
F. Lmo.

---

**CONCORD EXPRESS**

No. 2

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha:        18 Marzo /05        Recibe: Juan Mendez
Envía: Pedro Mendez
Tel.:        703-9282438        Tel.:
Dirección:                        Dirección: Famacia Sn. A

Descripción del Envío:  $600 EOX

Valor de los Artículos:  -16-

Cobro por Servicio:

Resibio
Felix Mendez
> Jose Jelli
F.





# CONCORD EXPRESS

Cuco
Playa Site
Nº 252

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: 19/03/05    Recibe: Lilian de Guzmán
Envía: Reyna Guzmán
Tel.: _____    Tel.: _____
Dirección: _____ $100    Dirección: _____ $100
Descripción del Envío 6100 18 Lbs. OK    Recibí Personal

---

El Salvador, Tel. 616-0128 • E.E.U.U. (703) 521-4440

Fecha: 20/03/05    Recibe: Miguel Angel Aut
Envía: Rosetia Flores
Tel.: _____    Tel.: _____
Dirección: $100 OK    Dirección: Bº Sr. Aut
Descripción del Envío: 3 Lbs. OK    al sur de policía
Resibió la ermana
Valor de los Artículos: 15 + 5
Cobro por Servicio: _____    F. _____

---

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: 20/03/05    Recibe: Juana Flores
Envía: Rosa M. Cerus    Col. Mezquieg
Tel.: _____    Tel.: _____
Dirección: $200    Dirección: Rancho Dr. Loli
Descripción del Envío: 3 Lbs. OK    Recibió persona
No 1. del dinero    RETENIDO
Valor de los Artículos: 25
Cobro por Servicio: _____    F. _____

## CONCORD EXPRESS     N⁰ 2676

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: 20/03/05     Recibe: *Laura Canidio*

Envia: *René Ganidio*

Tel.:

Dirección:     #175

Tel.:

Dirección: *Recibo personal*

---

## CONCORD EXPRESS     N⁰ 2671

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: Marzo - 20-05     Recibe: *Otilia Coral*

Envia: *Reina de Morales*

Tel.:

Dirección: V.A     $300

Tel.: 310-1068

Dirección: 8ª Av. Sur #18
Bº El Guayabal

---

## CONCORD EXPRESS     N⁰ 26755

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: Marzo - 20-05     Recibe: *Carmen Montoya*

Envia: *Telma Montoya*

Tel.:

Dirección: V.A

Descripción del Envio: 260 co

Valor de los Artículos:

Cobro por Servicio:     15

Tel.: 616-0032

Dirección:

*Recibió personal*

F. *M. de Montoya*



**CONCORD EXPRESS**

Nº 26758

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: *Marzo-20-05*
Envía: *Julon Flores*
Tel.:
Dirección: *V. A*
Descripción del Envío: *130 $ ᵒˣ*
Valor de los Artículos:
Cobro por Servicio: *7*

Recibe: *Marlene de Flores*
Tel.:
Dirección: *708-2675*

*Resibio persona*

F.

---

**CONCORD EXPRESS**

Nº 2650

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

*Nva gva*

Fecha: *20/03/05*
Envía: *Jorge Rivas*
Tel.:
Dirección:
Descripción del Envío: *$95 ⁰⁰/₀₀*
Valor de los Artículos:
Cobro por Servicio: *6*

Recibe: *María N. Rivas*
Tel.:
Dirección:

*Recibio personal*

F. *M Rivas*

---

**CONCORD EXPRESS**

Nº 266

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: *20 de Mayo 05*
Envía: *Le Julio Díaz*
Tel.: *Balbino Díaz*
Dirección: *Balbino Díaz*

Recibe: *Carmen Chavon y Victor Díaz*
Tel.:
Dirección: *Recibi bien*

**CONCORD EXPRESS**

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: 29/03/05    Recibe: Guillermo

Envia: Luis Sorto

Tel.: _____    Tel.: _____

Dirección: _____    Dirección: _____

Descripción del Envío: $370 E

Valor de los Artículos: _____

Cobro por Servicio: 15    F. Lilian del _____ Sorto de _____

---

**CONCORD EXPRESS**    Nº 2667

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: 29/03/05    Recibe: Amparo Alfaro

Envia: Luis Alfaro

Tel.: _____    Tel.: Correo por correo

Dirección: _____ fotos OK    Dirección: a Zapar de José Luis

Descripción del Envío: $150 E OK fotos entregadas    dinero entregado
de los    Resibio personal

Valor de los Artículos: _____

Cobro por Servicio: - 12 -    F. $ Anparo Alfar

EXPRESS

El Salvador

Lunes

Miguel

#301

FAXED

$300

personal

[signature]

Nº 25271

Sog

El Salvador

LUNES

Miguel

Jose Andrade

FAXED

$215

firma la hija

Karla Andrade

EXPRESS

Nº 20212

US

El

Lunes

Miguel

Pedro Benitez

FAXED

$50

personal

[signature]

**CONCORD EXPRESS**

El Salvador, Tel.: ... – E.E.U.U. (703) 521-4440

5.0ε

personal

Ders. 8 ar...

**CONCORD EXPRESS**

Nº 26785

El Salvador, Tel.: ... – E.E.U.U. (703) 521-4440

FAXED

$140ε

Dui nº 03141996-5

Evangelina Miranda

$100ε

personal

## CONCORD EXPRESS

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4

Recibe: *Elena*

100

a Bato De aci's
personal
Elena Ramirez

Elena Ramirez

Marta Ramirez

$600

Resibio personal

Elena Ramirez

## CONCORD EXPRESS

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: 19-03-05                  Recibe: MILAGRO GARCIA
Envía: Marisol García                    3346174
Tel.: (301)9331921, Cel:(703)8996388  Tel.: col. El pedegal, calle p.
Dirección: _____     Dirección: BlOCK C, casa #6

Descripción del Envío: $50.00 E. +fotos
Reclamo de fotos          Resibio personal
Valor de los Artículos:
Cobro por Servicio: $8.00            F. M.M.G.

**CONCORD EXPRESS**    No. 05131

El Salvador, Tel.: 616-0128 * E.E.U.U. (703) 521-4440

Fecha: 20 Marzo /05

Envía: MAX HERNANDE

Tel.:

Dirección:

Recibe: Reyna Marina o Castellar HERNANDER 0107 Nery Hernande

Tel.:

Dirección: Calle lo trangua Recibio personal

Descripción del Envío: $50⁰⁰ Nota de Pta pack que faltan

Valor de los Artículos: 1 pack con ropas y fotos

Cobro por Servicio:

F. Real

---

**CONCORD EXPRESS**    No.

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: 29/03/05

Envía: Maria del T. Guzman

Tel.:

Dirección:

Descripción del Envío: $300 ξ

Valor de los Artículos: -15

Cobro por Servicio:

Recibe: Olga Maricela 293 3487 gu

Tel.:

Dirección: Alto del Bo Block 4 #16 Recibio Esposo Cayetano Reyes

F. Cayetano Reyes

---

**CONCORD EXPRESS**    Nº 25299    S.R.O

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: 18-Marzo-05

Envía: Margarito Aparicio

Tel.: V. A.

Dirección: 0x

Descripción del Envío: 150 ξ

Valor de los Artículos: 8

Cobro por Servicio:

Recibe: Rosa del Aparicio

Tel.:

Dirección: Bº San Juan An. R.O.

personal

F. ROSA APARICIO

## CONCORD EXPRESS

Nº 267

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: _Marzo-28-05_    Recibe: _Nimia Alvarez_
Envía: _Mauricio Santos_
Tel.: _V. A_    Tel.: _683-3519_
Dirección: _V. A_    Dirección:

Descripción del Envío: _50 ℓ_

Valor de los Artículos:    F. _____
Cobro por Servicio:    _5_

---

## CONCORD EXPRESS

Nº 2675

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: _19/03/05_    Recibe: _Teresa portillo_
Envía: _María portillo_    _884 0565_
Tel.:    Tel.:    _Col. Amaya_
Dirección:    Dirección:

Descripción del Envío: _$250 ℓ_

Valor de los Artículos:    F.
Cobro por Servicio: _12_

---

## CONCORD EXPRESS

Nº 267

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: _Marzo-28-05_    Recibe: _María del C. Ojer_
Envía: _Miguel Alvarado_
Tel.:    Tel.: _203 7677 - 20376_
Dirección: _V. A_    Dirección: _Entregado el pag el Día 30_
    _A. María del carmen Osoria Rodr_
Descripción del Envío: _1 Pack $ 165. OK_    _DUI # 0088 2560-8_
_H Sobre in 100 ℓ +1_

Valor de los Artículos:
Cobro por Servicio:    _28-abril-05_

**CONCORD EXPRESS** No. ____

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: 20-03-05

Envía: Maribel Garay

Tel.: ____

Dirección: ____        OK

Descripción del Envío: $50.00

Valor de los Artículos: ____

Cobro por Servicio: $5.00

Recibe: Manuel García

Tel.: 6245112

Dirección: CAR Walsh Silvia
contiguo a gasolinera
R-El encargado
DUI 0141986

X ____

---

**CONCORD EXPRESS** No. ____

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: Marzo-20-05

Envía: Maribel Acevedo

Tel.: ____

Dirección: U.A

Descripción del Envío: 100  OK

Valor de los Artículos: ____

Cobro por Servicio: 5

Recibe: Ana del ____

Tel.: ____

Dirección: B° La ____

DUI n° 02103125-2
Ana del transito ____

F ____

---

**CONCORD EXPRESS** No. 25220

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: 19/03/05

Envía: Mariano Martínez

Dirección: ____

Descripción del Envío: $250 C fotos OK

de los Artículos: ____

por Servicio: 18 — 15 —

Recibe: Carmen Martínez

Tel.: 7353495

Dirección: otros de iglesia

Resibio Johimy
Martínez

X ____

## CONCORD EXPRESS

No 26708

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha 20/03/05   Recibe: Yeny Gomez

Envia: Manuel Delcid   Tel. 8311088

300 Direccion: Por donde

## CONCORD EXPRESS

No 2529

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: 18/03/05   Recibe: Angela de Mondragon

Envia: Manuel Mondragon

Tel.:   Tel.:

Dirección:   Dirección:

Descripción del Envío: $100 OK

R- SU HIJA

Valor de los Artículos: -5-   X

Cobro por Servicio

## CONCORD EXPRESS

No

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: 20/03/05   Recibe: Maria Elena

Envia: Maria Elena Villalta

Tel.:   Tel.:

Direccion: OK   Direccion:

Descripción del Envío $1,000 (mil)   R- SU TIA BLANCA ROSA VILLALTA

Valor de los Artículos -20-

Cobro por Servicio

## CONCORD EXPRESS

Valle se
Nº 2

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: 20/03/05
Envía: Maria L peña
Tel.:
Dirección:

Recibe: Jose Melvin Peñ
Tel.: 789 - 2414
Dirección: 662 - 4978

$ 200 5 pago
en Vrecibe (kile)

## CONCORD EXPRESS

Nº 2670
Archi

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: 20/03/05
Envía: Maria Hernandez
Tel.:
Dirección:

Recibe: Emma Trabela
Tel.:
Dirección:

$110 OK     Kee, personal

## CONCORD EXPRESS

of E
Nº 252

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: 19/03/05
Envía: Mariano Mejía
Tel.:
Dirección:

Recibe: Soila Marina C
Peto Antena lay
Tel.: 6194529

$ 80 - OK Dinero entregado
OK

## CONCORD EXPRESS

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

18/Marzo/05                Recibe: Angela de Mondragon

Fidel Mondragon     Tel: 627 0283

Direccion: Col. Amaya

Resibio s. hijo

$200 ok                     F. Juan Mondragon

---

## CONCORD EXPRESS

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440          N⁰ 25

20/03/05                           of E

Francisco Galileo prez     Recibe: xamira del C. Miranda

7199484

150 ok               Direccion: X personal

---

## CONCORD EXPRESS

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440          N⁰ 2666

PANCHA

P. An

Recibe:     20/03/05          Recibe: Noemi Lizama

Franklin Lizama

Tel:

Direccion: abajo de Ercu

$50                              Resibio el hijo

5                                X

## CONCORD EXPRESS

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Nº

Fecha: 20/03/05

Envía: _Gumercindo Henriquez_

Tel.: _____

Dirección: _____

$200

Recibe: _Milagro Garcí_

_Recibio personal_

Tel.: _____

Dirección: M H 6

---

## CONCORD EXPRESS

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Nº

Fecha: _Marzo-20-05_

Envía: _Gerardo Aviles_

Tel.: _____

Dirección: V. A - OK

100 E

Descripción del Envío: _____

Valor de los Artículos: _____

Cobro por Servicio: 5

Recibe: _Constan Cor_

Tel.: _____

Dirección: _____

_Resibio personal_

X A C C

---

## CONCORD EXPRESS

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Nº 25

Fecha: 19/03/05

Envía: _Gonzalo Amaya_

Tel.: _____

Dirección: _____

$50 E

Descripción del Envío: _____

Recibe: _Rosenda Torr_

_atros de Sie_

Tel.: _____

Dirección: _Nevada_

_Personal_

## CONCORD EXPRESS

No. _____

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

9/03/05                                    Recibe: Bertila Ramirez

Gonzalo Amaya

Tel.: _____

cción: _____                               Dirección: _____

cripción del Envío: $200 E 04

+ 1 Wolkman ok           Resibio persona

de los Artículos: 10 + 15    F. Bertila Ramirez

---

## CONCORD EXPRESS

No. 2

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: Marzo-20-05          Recibe: Olinda Morinse
Envía: Cuedalupe Avils                Aviles
Tel.: U.A.                   Tel.: 619-45-49
Dirección: V. A.            Dirección: B° El Calvario

Descripción del Envío: 30 E

                                      Resibio persona

Valor de los Artículos: _____
Cobro por Servicio: 5         F. _____

---

## CONCORD EXPRESS

No. 252

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440  El Pedrec

na: 20/03/05              Recibe: María Henrriquez
a: Gumercindo Henrriquez        Rdo/Milagro 6a°
                              Tel.: _____

cción: _____                Dirección: _____

cripción del Envío: $100 E

                              Resibio personal

r de los Artículos: _____
ro por Servicio: 5          F. M.M.G

## CONCORD EXPRESS

Nº 2522

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: 19/03/05    Recibe: Xamilet

Envía: Gonzalo Amaya

Tel.: _____    Tel.: 681 7281

Dirección: _____    Dirección: _____

Descripción del Envío: $50 0

Valor de los Artículos: _____

Cobro por Servicio: 5

Recibió Bertila Ro

F. Bertila Ramo

---

## CONCORD EXPRESS

Nº 267

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: 20/03/05    Recibe: Amayanci Mejí

Envía: Harly Alex Rivm    624635

Tel.: _____    Tel.: Cton. Mejica

Dirección: $150    Dirección: Col. Argentino

Descripción del Envío: 10 lbs. OK    2° Pje #15 persa

colonia oriental

Valor de los Artículos: _____

Cobro por Servicio: 5    F.

---

## CONCORD EXPRESS

Nº 20161

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

el Miercoles

Fecha: Mg30-39-05    Recibe: Dionisio Quinton

Envía: Hector H Quintma

Tel.: U. A    Tel.: _____

Dirección: _____    Dirección: _____

Descripción del Envío: 40    personal

Valor de los Artículos: _____    Dionisio Quintano

F.



CONCORD EXPRESS

El Salvador. Tel.: 610-0128 • E.E.U.U. (703) 521-4440

15 Mayo/05 Recibe: Teresa ...

Envia: Luis Alonso Gonzalez

Dirección:

Descripción del ...

$70 €

Valor de los Artículos:

Cobro por Servicio:

Resibio personal

Gerardo Jerez Gonzalez

CONCORD EXPRESS Nº 2529...

El Salvador. Tel.: 610-0128 • E.E.U.U. (703) 521-4440

Envia: Luis ...

Dirección:

Descripción del ...

$150 €

Valor de los Artículos:

Cobro por Servicio:

CONCORD EXPRESS Nº 25294...

El Salvador. Tel.: 610-0128 • E.E.U.U. (703) 521-4440

18 ...

...ción del Envio $100 €

DUI nº 03493894-2

personal

Valor de los Artículos:

Cobro por Servicio:

## CONCORD EXPRESS

No. 26791

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: 20/03/05

Envía: JOSE Flores

Tel.:

Dirección: _____

Recibe: Amelia

Tel.: _____

Dirección: _____

Descripción del Envío: $200 E

Valor de los Artículos: -10-

Cobro por Servicio:

Entregada a: Maria Amelia Flores
el dia 11/5/05 con DUI # 0022 2__
5

F _____ x _____

---

## CONCORD EXPRESS

No. 2679.

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: 20/03/05

Envía: Jose Asmel Aparicio

Tel.: _____

Dirección: _____

Recibe: Candelaria perdan

Tel.: _____

Dirección: B. Sn. Juan

Descripción del Envío: $50 E

Valor de los Artículos:

Cobro por Servicio: 5

DUI n: 01985290

Resibio persona

Fa

---

## CONCORD EXPRESS

España
No. 25

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: 20/03/05

Envía: Jose Luis peña

Tel.: _____

Dirección: _____

Recibe: Blanca Antonia pe_

Tel.: 7390472

Dirección: (Arcos España)
por contina contora des
de escuela
00411764-7

Descripción del Envío: $100 E

Valor de los Artículos:

Cobro por Servicio: 5

F. _____

## CONCORD EXPRESS

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Nº 267?3

Fecha: _07/8 - 20 - 05_     Recibe: _Fabian Minaya_

Envía: _Joel Arteaga_

Tel.: _____     Tel.: _393 - 4045_

Dirección: _V. A_     Dirección: _Col. Agua Cal_

_1Hc. Escondida Cma?_

Descripción del Envío: _250 €_     PERSONAl

Valor de los Artículos: _____     X F. _Fabian amor?_

Cobro por Servicio: _____

---

## CONCORD EXPRESS

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Nº 26?

Fecha: _20/03/05_     Recibe: _Leonor Díaz_

Envía: _JULIO Días_

Tel.: _____     Tel.: _Roto/Silvía U_

Dirección: _____     Dirección: _____

_Recibio sobrina_

Descripción del Envío: _$50 €_     _Edgar Mesa_

Valor de los Artículos: _____

Cobro por Servicio: _5_     F. _Edgardo M?_

---

## CONCORD EXPRESS

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Nº 266

Fecha: _20/03/05_     Recibe: _OSCAR Esquivel_

Envía: _Jorge Esquivel_

Tel.: _____     Tel.: _____

Dirección: _____     Dirección: _don las Minas_

Descripción del Envío: _$100 €_

Valor de los Artículos: _____

Cobro por Servicio: _8_     F. _OSCAr ESGO?EL_

## CONCORD EXPRESS

No. 05123

El Salvador, Tel.: 616-0128 * E.E.U.U. (703) 521-4440

Fecha: 20/Marzo/05

Recibe: Yanira Clavos
7715 6466

Envia: Julio Lemus

Tel.:

Tel.:

Dirección: V.A

Dirección: Valle Alegre.

Aduana de
Descripción del Envío: $300.⁵⁰

Abba Yanira Osorio _____

Valor de los Artículos: _____

Cobro por Servicio: _____

F. _____

---

## CONCORD EXPRESS

No. 2670

10/03-/2005

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: 20/03/05

Recibe: Cecilio Rivas

Envia: Jorge Rivas

Tel.:

Tel.:

Dirección: _____

Dirección: _____

Descripción del Envío: 90 €

Dui. 00742423

Valor de los Artículos: 6

Cobro por Servicio: _____

F. _____

---

## CONCORD EXPRESS

No. 2678

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: 20/03/05

Recibe: Diana Xiomara

Envia: Jose O. Santos

Rso/Maria Lucia Cabe

Tel.:

Tel.:

Dirección: _____ OK

Dirección: Por 2ª Igle

Descripción del Envío: $50 €

_____

Valor de los Artículos: 5

Cobro por Servicio: 5

F. _____

## CONCORD EXPRESS

Of. Zaca

Nº 2678

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Sn. Vice

20/03/05

Recibe: Ana Josefina Tor

JOSE Palmor Torres

$160 of Enterrado

Col. Lorenzan

Dirección: Firme el Dorso

## CONCORD EXPRESS

Nº 2679

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

JOSE O. Santos

Recibe: Maria Eva Sant

$200 Recibo hijo

Dirección: Pro el tanque
Tienda Grani
José Maynel
Gran Lo

## CONCORD EXPRESS

Nº 267

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

La Unic

20/03/05

Recibe: Eugenia Flore

JOSE A. Hernandez

Tel.:

Dirección:

$210

Recibo personal

# CONCORD EXPRESS

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

No 24
Caso
Lemu

Fecha: 20-03-05
Envia: JOSE LEONEL LOVO
Tel.:
Dirección: $50

Recibe: Rosa Candida Gome
Tel.: 878 2928
Dirección: Caserio Lemus-

---

# CONCORD EXPRESS

El
Borbollon
El B

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

No e

Fecha: 20-03-05
Envia: JOSE ALFREDO GUZMAN
Tel.: OK $100
Dirección:

Recibe: Maria Leticia G.V.
Tel.: 6325045
Dirección: Canton El BORb

---

# CONCORD EXPRESS

SM
S.
SM

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

No 25

Fecha: 19/03/05
Envia: Jose H.J.
Tel.:
Dirección:

Recibe: Cindi Areli Arevalo
Tel.:
Dirección: 8827579

Descripción del Envio: $50 ≡    Hamorli
Nota: DEL DINERO
RETENIDO sin din dimp Truegda

Valor de los Artículos:







CONCORD EXPRESS

El Salvador Tel: 616-0128 · E.E.U.U. (703) 521-4440

**CONCORD EXPRESS**

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: 20/03/05
Envía: Alba Díaz
Tel.: _____
Dirección: _____
Descripción del Envío: $50E
Valor de los Artículos: _____
Cobro por Servicio: 5      00 3854 7-9

Recibe: Cristina Ramos Vda
Sn. Luis Perios
Lirios 4710
Dirección: Dieg N-34
268 B 230

Recibió la mamá
Candida Ramos Sanchez

---

**CONCORD EXPRESS**

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: Marzo 20-05
Envía: Rila Doris España
Tel.: _____
Dirección: UAOK
Descripción del Envío: 70E
Valor de los Artículos: 5

Recibe: Ma del Pilar
Tel.: _____
Dirección: _____
personal
Ma del Pilar A

---

**CONCORD EXPRESS**      Nº 252

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: 20/03/05
Envía: Alex Vasquez
Tel.: _____
Dirección: _____
Descripción del Envío: $100E

Recibe: Eliazar Vasqu
Tel.: _____
Dirección: _____
personal

## CONCORD EXPRESS

Apopa

Nº 267

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: 20/03/05          Recibe: Cristina Alvar
Envia: Bartolo Alvorado          Recibió personal
Tel.:                             Tel.: Cristina Alvarado 2
Dirección:                        Dirección: Popotlan 2
Descripción del e...  $150 $ $150 $   Di ? K #24

## CONCORD EXPRESS

Nº 253

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: 19/03/05          Recibe: Rosa Chica
Envia: Basilio Chica          Tel.:
Tel.:                         Dirección: Col. Melend...
Dirección:
Descripción del envio: $50 $   Recibió personal
...or de los Artículos   5
C. ...ro por Servi...

## CONCORD EXPRLSS

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Nº 2522?

19/03/05

Bertin Acosta

Ofelia Acosta
Bosques del Rio
206    Dte 14 gPo.19

2900965

Entregado pag. a Ofelia A
al cost 123-4

OK

OK

Entregado a Ofelia mano.

Cobro por Servicio    -49-    Obram

---

## CONCORD EXPRLSS

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

23/03/05    Sr. Favian Chue

---

## CONCORD EXPRLSS

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Nº 23?

/03/05    Maria Elaina Ri

CONCORD EXPRESS N°. 2001
El Salvador/ Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: 20/03/05

Envía: Carlos Chavez

Recibe: Nelson Alrio C

Tel.:

Dirección:

Descripción del Envío: $120 ⁰⁰

Tel.:

Dirección:

Recibio personas

Valor de los Artículos: -7-

Cobro por Servicio:

Claudia Navarrete

Ana Isabel Flores

$175 ₡

Recibio personal

CONCORD EXPRESS N°. 2630
El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440  Playa

Fecha: 20/03/05

Envía: Berto Fuentes

Recibe: Jose A. Fuentes
o Delma de Fue

Tel.:

Dirección:

Tel.:

Dirección: 6199085

Descripción del Envío: $420 ₡

No Tri Del Diven
RETENIDO en
SHDUTA

Valor de los Artículos: -15-

Cobro por Servicio: Jose Antonio F

No. 05129

El Salvador, Tel.: 616-0128 * E.E.U.U. (703) 521-4440

Fecha: 20 Mayo 05

Envía: Delmy Mejia

Tel.:

Dirección: OK

Descripción del Envío: $50

Valor de los Artículos

Cobro por Servicio

Recibe: NESTOR MEJIA

Tel.:

Dirección:

R-DORA PORTILLO

---

# CONCORD EXPRESS

O.F.S.S.

Nº 2672

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: M-03-20-05

Envía: Eulalia Otro

Tel.: DiG, 29-06-1-05
DUI # 03404887-8

Dirección: V.A.

Entregado a: Jesús Ayala de paz

scripción del Envío: 70 C Jesús Ayala

Recibe: Jesús Ayala

Tel.: 774-1817

Dirección: Q a Tonacatepeque
A San José pje
Casa 3

---

# CONCORD EXPRESS

Nº 2670

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: 20/03/05

Envía: Cristina Gámez

Tel.:

Dirección: $150.00

Recibe: Francisco Antonio Gámez

Tel.: 6817295

Dirección: Entrada al
Carretera

# CONCORD EXPRESS

Nº 19775

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: 08/03/05

Envía: Dexsi Turcios

Tel.:

Dirección: V. A

Recibe: Nelson Alirio Chavez

Tel.:

Dirección:

FAXED

FAXED

Descripción del Envío: $250

Valor de los Artículos:

Cobro por Servicio: $

Recibió personal

---

Fecha: 20/E/05

Envía: Dinora Díaz

Tel.:

Dirección:

Descripción del Envío: 4 Lbs OK

Valor de los Artículos: 25

Cobro por Servicio: 25

Recibe: Mr. David C. Cor (ANALCO)

Tel.: 627-6168

Dirección: Recibió dinero su esposo

$55 E

Juan Israel Díaz (esposo)

---

# CONCORD EXPRESS

Nº 25

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

Fecha: 20/03/05

Envía: David Henriquez

Tel.:

Dirección:

$240 E

Recibe: Santiago Mart

Tel.:

Dirección:

Recibió hijo

Descripción del Envío:

Valor de los Artículos: 12

Cobro por Servicio:

CONCORD EXPRESS

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

21 Marzo 05 Recibe: Nancy Va...

... Villegas

Tel: 6817360

Dirección:

$120 E

FAX

Resibio personal

-10-

Villegas.

CONCORD EXPRESS

El Salvador, Tel.: 616-0128 • E.E.U.U. (703) 521-4440

22/03/05 Recibe: Haydee Castel...

... Centeno Carmen de Morales

Dirección: 6276009

$300 E (trecientos)

Resibio personal

-10-

$5100

$4850

