# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |  |
|---|---|---|---|
| UNITED STATES OF AMERICA,<br>555 Fourth St., N.W.<br>Washington, D.C. 20530 | ) | | |
|  | ) | | |
| Plaintiff(s), | ) | | |
|  | ) | | |
| v. | ) | Case No: | 1:05-cv-01364 |
|  | ) | Judge: | Reggie B. Walton |
| SEVENTY-NINE THOUSAND THREE | ) | Date Filed: | July 8, 2005 |
| HUNDRED TWENTY-ONE DOLLARS<br>($79,321.00) IN UNITED STATES<br>CURRENCY ), | ) | | |
|  | ) | | |
| Defendant(s) | ) | | |

## VERIFIED STATEMENT OF RIGHT OR INTEREST

COMES NOW one of the unnamed Claimant herein, Alberto Montoya ("Claimant")

through undersigned counsel and for good cause shown, hereby asserts an interest in or right

against the above-captioned defendant currency. The Claimant, as owner and operator of a

courier service, was entrusted with monies which were seized on May 21, 2005 in the amount of

$34,600. Thus, at the time of the seizure the Claimant had an "ownership" interest and thereby

submits this statement pursuant to Fed. R. Civ. P. Supp. R. C(6)(a)(i)(A) and C(6)(a)(ii). The

Claimant further submits that undersigned counsel is authorized to make this claim on his behalf.

Dated:  September 8, 2006

Respectfully Submitted,

BY      _____/s/_____
        Martin F. McMahon, #196642
        Lisa D. Angelo, #491206
        1150 Connecticut Ave. N.W., Suite 900
        Washington, DC  20036
        (202) 862-4343

        *Attorneys for Claimant*

## CERTIFICATE OF SERVICE

I HEREBY certify that on this 8th day of September, 2006, a copy of the foregoing was

sent via electronic mail to Judith Kidwell, Esq., U.S. Attorney's Office, Asset Forfeiture Unit,

Criminal Division, 555 Fourth St., N.W., Room 4822, Washington, DC 20530.


        _____/s/_____
        Martin F. McMahon, Esq.

2