

# Department of the Treasury
## Federal Law Enforcement Agencies
## PROCESS RECEIPT AND RETURN

| PLANTIFF United States of America | COURT CASE NUMBER 05-1364 (RBW) |
|---|---|
| DEFENDANT Seventy-Nine Thousand Three Hundred Twenty-One Dollars ($79,321.00) in U.S.Currency | TYPE OF PROCESS Amended Verified Complaint for Forfeiture In Rem & Warrant of Arrest |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO BE SERVED OR DESCRIPTION OF PROPERTY TO SEIZE. In Rem |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City, State and Zip Code) |
| | $79,321.00 in United States Currency       (defendant) |

| SEND NOTICE OR SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | NUMBER OF PROCESS TO BE SERVED IN THIS CASE | 1 |
|---|---|---|
| William R. Cowden<br>Judith A. Kidwell<br>Assistant United States Attorneys<br>555 4th Street, N.W., 4th Flr.<br>Washington, D.C. 20530 | NUMBER OF PARTIES TO BE SERVED IN THIS CASE | 1 |
| | CHECK BOX IF SERVICE IS ON USA | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)

CATS ID No.: 05-USC-000429

| Signature of Attorney or other Originator requesting service on behalf of: (X) Plaintiff ( ) Defendant<br>JUDITH A. KIDWELL | TELEPHONE NO.<br>(202) 514-7250 | DATE<br>9/7/06 |
|---|---|---|

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS.

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the total number of process indicated. | District of Origin No. 16 | District to Serve No. 16 | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER.<br>A. T. Jo[...] | DATE<br>9/19/06 |
|---|---|---|---|---|

I HEREBY CERTIFY AND RETURN THAT I ( ) PERSONALLY SERVED, ( ) HAVE LEGAL EVIDENCE OF SERVICE, (X) HAVE EXECUTED AS SHOWN IN REMARKS, THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW.

( ) I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE. | ( ) A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| ADDRESS: (Complete only if different than shown above) | DATE OF SERVICE 9/19/06 | TIME OF SERVICE 1:00 | ( ) AM (X) PM |
| | SIGNATURE, TITLE AND TREASURY AGENCY<br>A. T. Jo[...], SA, U.S. ICE |

REMARKS: Seized $79,321 in U.S. Currency on 3/21/2005.

TD F 90-22.48 (6/96)