Case 1:05-cv-01364-RBW   Document 21-2   Filed 09/28/2006   Page 1 of 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>555 Fourth St., N.W.<br>Washington, D.C. 20530<br><br>      Plaintiff(s),<br><br>v.<br><br>SEVENTY-NINE THOUSAND THREE<br>HUNDRED TWENTY-ONE DOLLARS<br>($79,321.00) IN UNITED STATES<br>CURRENCY ),<br><br>      Defendant(s) | Case No:   1:05-cv-01364<br>Judge:     Reggie B. Walton<br>Date Filed: July 8, 2005 |

**PROPOSED ORDER**

Based upon the motion of verified claimant (Alberto Montoya) herein, the response thereto, and the entire record, it is hereby:

**ORDERED** that the verified claimant's (Alberto Montoya's) motion to dismiss is **GRANTED**, with prejudice and as to his interest in the Defendant currency in the amount of $34,600.

_____
Hon. Reggie B. Walton