# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> 555 Fourth St., N.W. <br> Washington, D.C. 20530 <br><br> Plaintiff(s), <br><br> v. <br><br> SEVENTY-NINE THOUSAND THREE HUNDRED TWENTY-ONE DOLLARS ($79,321.00) IN UNITED STATES CURRENCY ), <br><br> Defendant(s) | Case No:   1:05-cv-01364 <br> Judge:     Reggie B. Walton <br> Date Filed: July 8, 2005 |

### MOTION TO DISMISS GOVERNMENT'S VERIFIED COMPLAINT FOR FORFEITURE IN REM

COMES NOW verified claimant Alberto Montoya ("Claimant") through undersigned counsel and for good cause shown, hereby moves this Court to dismiss the Government's complaint for forfeiture in rem pursuant to Fed. R. Civ. P. 12(b)(6); Supp. R. E(2), and/or C(2).

This case regards an asset forfeiture of the above-noted defendant monies. The Claimant has a valid and verified interest in said money in the amount of $34,600. Despite the Claimant's great effort to comply with the Government's administrative processes and to demonstrate the validity of his interested share in the money seized, the Government filed a Verified Complaint for Forfeiture In Rem. Because the Government proceeds with this litigation, the Claimant submits that the Government's Complaint must be dismissed for failure to properly plead a basis for forfeiture under any of the statutory provisions relied upon.

Simply stated, Counts I & II of the Government's complaint should be dismissed for failure to allege the requisite intent to evade the statute which is necessary for forfeiture under the sub-sections of the U.S. Code upon which the Government relies. Count III of the Government's complaint is also improperly pled because the Government fails to allege knowledge of the facts underlying a violation of § 1960. Furthermore, reliance on a violation of § 1960(b)(1)(A) as a basis for forfeiture is invalid because § 1960(b)(1)(A) violates the Equal Protection Clause of the Fifth Amendment and traditional principles of federalism. Finally, forfeiture in this case is inherently unfair and would amount to a violation of the Excessive Fines Clause of the Eighth Amendment.

For reasons supported by pertinent authority set forth in the attached memorandum, the Claimant seeks to dismiss the Government's Complaint as it relates to his valid and verified interest in the monies seized. A proposed Order is attached hereto.

Dated:     September 29, 2006.

                                              Respectfully Submitted,

BY     _____/s/_____
       Martin F. McMahon, #196642
       Lisa D. Angelo, #491206
       MARTIN F. MCMAHON & ASSOCIATES
       1150 Connecticut Ave. N.W., Suite 900
       Washington, DC  20036
       (202) 862-4343

*Attorney for Claimant*

## CERTIFICATE OF SERVICE

      I HEREBY certify that on this 29th day of September, 2006, a copy of the foregoing was sent via electronic mail to Judith Kidwell, Esq., U.S. Attorney's Office, Asset Forfeiture Unit, Criminal Division, 555 Fourth St., N.W., Room 4822, Washington, DC 20530.


                                            _____/s/_____
                                               Martin F. McMahon, Esq.