# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> 555 Fourth St., N.W. ) <br> Washington, D.C. 20530 ) <br> ) <br> Plaintiff(s), ) <br> ) <br> v. ) <br> ) <br> SEVENTY-NINE THOUSAND THREE ) <br> HUNDRED TWENTY-ONE DOLLARS ) <br> ($79,321.00) IN UNITED STATES ) <br> CURRENCY ), ) <br> ) <br> Defendant(s) ) <br> ) | Case No:    1:05-cv-01364 <br> Judge:       Reggie B. Walton <br> Date Filed:  July 8, 2005 |

## PROPOSED ORDER

Based upon the motion of verified claimant (Alberto Montoya) herein, the response thereto, and the entire record, it is hereby:

**ORDERED** that the verified claimant's (Alberto Montoya's) motion to dismiss is **GRANTED**, with prejudice and as to his interest in the Defendant currency in the amount of $34,600.

_____
Hon. Reggie B. Walton