# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>555 Fourth St., N.W.<br>Washington, D.C. 20530<br><br>        Plaintiff(s),<br><br>v.<br><br>SEVENTY-NINE THOUSAND THREE<br>HUNDRED TWENTY-ONE DOLLARS<br>($79,321.00) IN UNITED STATES<br>CURRENCY ),<br><br>        Defendant(s) | Case No:   1:05-cv-01364<br>Judge:     Reggie B. Walton<br>Date Filed: July 8, 2005 |

**UNOPPOSED MOTION TO FOR EXTENSION OF TIME IN WHICH TO FILE A REPLY TO GOVERNMENT'S OPPOSITION TO THE CLAIMANT'S MOTION TO DISMISS.**

    COMES NOW verified claimant Alberto Montoya ("Claimant") through undersigned counsel and with the Government's consent,[1] respectfully request the Court extend the time period of which the Claimant must Reply to the Government's Opposition to the Claimant's Motion to Dismiss from October 23, 2006 up to and including October 30, 2006. In support of his request the Claimant respectfully refers the Court to the attached Memorandum of Points and Authorities. A Proposed Order is also attached.

---

[1] On Friday, October 13, 2006 counsel for the Claimant contacted Government counsel via telephonic communication and requested the extension sought herein. Government counsel agreed to not oppose the instant motion. Thus, the Claimant moves this Court without objection from opposing counsel and in compliance with LCvR 7.1(m).

                Respectfully Submitted,

BY       /s/
      Lisa D. Angelo, #491206
      MARTIN F. MCMAHON & ASSOCIATES
      1150 Connecticut Ave. N.W., Suite 900
      Washington, DC  20036
      (202) 862-4343

*Attorney for Defendant Montoya*

## CERTIFICATE OF SERVICE

I HEREBY certify that on this 13th day of October, 2006, a copy of the foregoing was sent via electronic mail to Judith Kidwell, Esq., U.S. Attorney's Office, Asset Forfeiture Unit, Criminal Division, 555 Fourth St., N.W., Room 4822, Washington, DC 20530.

      /s/
Lisa D. Angelo