# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br>555 Fourth St., N.W. )<br>Washington, D.C. 20530 )<br>       )<br>       Plaintiff(s),   )<br>       )<br>       v.       )<br>       )<br>SEVENTY-NINE THOUSAND THREE )<br>HUNDRED TWENTY-ONE DOLLARS )<br>($79,321.00) IN UNITED STATES )<br>CURRENCY ),     )<br>       )<br>       Defendant(s)   )<br>       ) | Case No:    1:05-cv-01364<br>Judge:         Reggie B. Walton<br>Date Filed:  July 8, 2005 |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CLAIMANT'S UNOPPOSED MOTION TO FOR EXTENSION OF TIME IN WHICH TO FILE A REPLY TO GOVERNMENT'S OPPOSITION TO THE CLAIMANT'S MOTION TO DISMISS.**

The verified claimant Alberto Montoya ("Claimant") through undersigned counsel submits this Memorandum of Points and Authorities in support of his Motion for an Extension of Time in which the Claimant must Reply to the Government's Opposition to the Claimant's Motion to Dismiss from October 23, 2006 up to and including October 30, 2006.  In support thereof, the Claimant states the following:

1. On October 16, 2006 the Government's Opposition to the Claimant's Motion to Dismiss Complaint for Forfeiture in Rem is due.

2. Pursuant to LCvR 7(d), the Claimant has five (5) days to timely file a Reply Memorandum in Support of his Motion to Dismiss.

3. From October 13, 2006 through October 21, 2006 undersigned counsel for the Claimant will be out of the Country and on Vacation.

4. On October 13, 2006 and prior to departure, counsel for the Claimant contacted Government counsel and requested a one week extension in which to file the Claimant's Reply memorandum to the Government's anticipated filing of its Opposition. Government counsel consented to the request.

5. Accordingly, the Claimant moves this Court to Extend the Time from Which the Claimant's Reply to the Government's Opposition to the Claimant's Motion to Dismiss is due from October 23, 2006 to October 30, 2006.

Respectfully Submitted,

BY          /s/
Lisa D. Angelo, #491206
MARTIN F. MCMAHON & ASSOCIATES
1150 Connecticut Ave. N.W., Suite 900
Washington, DC  20036
(202) 862-4343

*Attorney for Defendant Montoya*