# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, <br> 555 Fourth St., N.W. <br> Washington, D.C. 20530 <br><br>         Plaintiff(s), <br><br>         v. <br><br> SEVENTY-NINE THOUSAND THREE <br> HUNDRED TWENTY-ONE DOLLARS <br> ($79,321.00) IN UNITED STATES <br> CURRENCY ), <br><br>         Defendant(s) | Case No:    1:05-cv-01364 <br> Judge:      Reggie B. Walton <br> Date Filed:  July 8, 2005 |

## **PROPOSED ORDER**

Upon consideration of the Claimant's unopposed Motion it is this _____ day of October, 2006 hereby

**ORDERED** that the Claimant's Motion is GRANTED, and it is further

**ORDERED** that the Claimant must file a Reply to the Government's Opposition to the Claimant's Motion to Dismiss by October 30, 2006.

_____

Honorable Reggie B. Walton