IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,
555 Fourth St., N.W.
Washington, D.C. 20530

      Plaintiff(s),

v.

SEVENTY-NINE THOUSAND THREE
HUNDRED TWENTY-ONE DOLLARS
($79,321.00) IN UNITED STATES
CURRENCY ),

      Defendant(s)

Case No:      1:05-cv-01364
Judge:        Reggie B. Walton
Date Filed:   July 8, 2005

### ERRATA

COMES NOW verified claimant Alberto Montoya ("Claimant") through undersigned counsel and with the Government's consent, respectfully submits this errata sheet to reflect the fact that Martin McMahon is the signatory to the Unopposed Motion for Extension of Time rather than Lisa Angelo who has not been admitted to this court.

Respectfully Submitted,

BY           /s/
Martin F. McMahon
MARTIN F. MCMAHON &
ASSOCIATES
1150 Connecticut Ave. N.W., Suite 900
Washington, DC 20036
(202) 862-4343

*Attorney for Defendant Montoya*