1. From October 13, 2006 through October 21, 2006 undersigned counsel for the Claimant will be out of the Country and on Vacation.

2. On October 13, 2006 and prior to departure, counsel for the Claimant contacted Government counsel and requested a one week extension in which to file the Claimant's Reply memorandum to the Government's anticipated filing of its Opposition. Government counsel consented to the request.

3. Accordingly, the Claimant moves this Court to Extend the Time from Which the Claimant's Reply to the Government's Opposition to the Claimant's Motion to Dismiss is due from October 23, 2006 to October 30, 2006.

        Respectfully Submitted,

BY        /s/
Martin F. McMahon
MARTIN F. MCMAHON & ASSOCIATES
1150 Connecticut Ave. N.W., Suite 900
Washington, DC  20036
(202) 862-4343

*Attorney for Defendant Montoya*