Respectfully Submitted,


BY     /s/
Martin F. McMahon
MARTIN F. MCMAHON & ASSOCIATES
1150 Connecticut Ave. N.W., Suite 900
Washington, DC  20036
(202) 862-4343

*Attorney for Defendant Montoya*

## CERTIFICATE OF SERVICE

I HEREBY certify that on this 13th day of October, 2006, a copy of the foregoing was sent via electronic mail to Judith Kidwell, Esq., U.S. Attorney's Office, Asset Forfeiture Unit, Criminal Division, 555 Fourth St., N.W., Room 4822, Washington, DC 20530.


/s/
Martin F. McMahon

---

motion.  Thus, the Claimant moves this Court without objection from opposing counsel and in compliance with LCvR 7.1(m).

2