UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SEVENTY-NINE THOUSAND THREE )<br>HUNDRED TWENTY-ONE DOLLARS )<br>($79,321.00) IN UNITED STATES CURRENCY, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 05-1364 (RBW)<br>ECF |

## PRAECIPE

Please enter the appearance of William R. Cowden as counsel for the United States in this action, and withdraw Judith A. Kidwell.

Respectfully submitted,

/s/
_____
WILLIAM R. COWDEN, DC Bar #426301
Assistant United States Attorney
555 4th St., N.W., Rm. 4824
Washington, DC 20530
202-307-0258

## CERTIFICATE OF SERVICE

I certify that I caused the foregoing Praecipe to be served upon Martin F. McMahon, Esq., and Lisa D. Angelo, Esq. (counsel for Alberto Montoya), via the Court's ECF system, on this 27th day of November, 2006.

/s/
_____
WILLIAM R. COWDEN, DC Bar #426301
Assistant United States Attorney
555 4th St., N.W., Rm. 4824
Washington, DC 20530
202-307-0258