IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civ. No. 05-01364 (RBW) |
| ) | |
| **$79,321.00 IN UNITED STATES CURRENCY,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

### PRAECIPE

Please enter the appearance of Diane G. Lucas, Assistant United States Attorney as counsel for Plaintiff United States in this action and withdraw Judith A. Kidwell, Assistant United States Attorney.

Respectfully submitted,

/s/
DIANE G. LUCAS, D.C. Bar # 443610
Assistant United States Attorney
U.S. Attorney's Office
Criminal Division
555 Fourth St., N.W., Rm. 4822
Washington, D.C. 20530
202-514-7912


/s/
JUDITH A. KIDWELL
Assistant United States Attorney
202-514-7250

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Praecipe be served upon counsel for claimant:

Martin F. McMahon
1150 Connecticut Ave., NW
Suite 900
Washington, DC 20036
202-862-4343
mfm@martinmcmahonlaw.com

by means of the Court's ECF filing system, on this   29th   day of August, 2007.

      /s/
DIANE G. LUCAS
Assistant United States Attorney
U.S. Attorney's Office
Criminal Division
555 Fourth St., N.W., Rm. 4822
Washington, D.C.  20530
202-514-7912