UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SEVENTY-NINE THOUSAND THREE HUNDRED TWENTY-ONE DOLLARS ($79,321.00) IN UNITED STATES CURRENCY,<br><br>Defendant. | Civil Action No. 05-1364 (RBW) |

**ORDER**

In accordance with the Court's rulings in its Memorandum Opinion that shall be issued hereafter, it is hereby this 28th day of September, 2007

**ORDERED** that the claimant's motion to dismiss is **DENIED**. It is further

**ORDERED** that the claimant must file an Answer to the Government's Amended Complaint within 30 days from the date of the issuance of the Court's Memorandum Opinion. It is further

**ORDERED** that this order shall not be deemed a final order subject to appeal until the Court has issued its Memorandum Opinion in this matter.

**SO ORDERED**.

_____
REGGIE B. WALTON
United States District Judge