**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Mario Umana
437 14th Street, N.W.
Washington, D.C. 20010

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Pacita Villalta* ☐ Agent ☐ Addressee

B. Received by ( Printed Name )

C. Date of Delivery
9-11-06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)  7000 0600 0021 5996 1822

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Mario Umana
3437 14th Street, N.W.
Washington, D.C. 20010

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Pacita Villalta* ☐ Agent ☐ Addressee

B. Received by ( Printed Name )

C. Date of Delivery
9-11-06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)  7000 0600 0021 5996 1815

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

EXHIBIT A

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No

1. Article Addressed to:

Felix Nelson Ayala
AYALA AND ASSOCIATES
2118 14TH Street, N.W.
Washington, D.C. 20009

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7000 0600 0021 5996 1808

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
9/1/0

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No

1. Article Addressed to:

Martin F. McMahon
Lisa D. Angelo
MARTIN F. MCMAHON & ASSOCIATES
1150 Connecticut Avenue, N.W.
Washington, D.C. 20036

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7000 0600 0021 5996 1839

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Santos Efrain Flores<br>1476 Newton Street, N.W.<br>Apartment #2<br>Washington, D.C. 20010 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☑ No<br><br>3. Service Type<br>☑ Certified Mail    ☐ Express Mail<br>☐ Registered       ☑ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7000 0600 0021 5996 1792 |
| PS Form 3811, February 2004 | Domestic Return Receipt                   102595-02-M-1540 |

Judith A. Kidwell
Assistant United States Attorney
United States Attorney's Office
Asset Forfeiture Unit, Criminal Division
555 4th Street, N.W., 4th Floor
Washington, D.C. 20530

UNCLAIMED
RETURNED TO SENDER

Santos Efrain Flores
1476 Newton Street, N.W.
Apartment #2
Washington, D.C. 20010

SEP 22 06

N/h
9-11-06

Return Receipt Requested
7000 0600 0021 5996 1792

```
FROM
CARR    USPS
TRK#    70020600002159961792
RCVD    10/2/2006

        TO:  US ATTY DC
        PH:
        BDG: JCB      FLR:
        RM:  5840
        PCS: 1
```