UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>$79,321.00 IN U.S. CURRENCY, )<br>)<br>Defendant. )<br>_____ )<br>)<br>ALBERTO MONTOYA, )<br>)<br>Claimant. )<br>_____ ) | Civ. No. 05-01364 (RBW) |

**ORDER OF FORFEITURE AGAINST $44,721.00 OF THE *IN REM*
DEFENDANT IN UNITED STATES CURRENCY**

On July 8, 2005, a Verified Complaint for Forfeiture *In Rem* against the defendant $79,321.00 in United States currency ("defendant currency") was filed by plaintiff, United States of America. On August 30, 2006, plaintiff filed an Amended Verified Complaint for Forfeiture *in Rem* against the defendant currency. The Amended Complaint alleges that the defendant currency is forfeitable pursuant to 31 U.S.C. § 5317(c)(2), because it was the subject of a Report of International Transportation of Currency or Monetary Instruments ("CMIR") that contained a material omission or misstatement of fact in violation of 31 U.S.C. § 5324(c)(2), pursuant to 31 U.S.C. § 5332(c), because it was property involved in or traceable to a violation of 31 U.S.C. § 5332(a) (incorporating 31 U.S.C. § 5316), and pursuant to 18 U.S.C. § 981(a)(1)(A), because it was involved in a transaction or attempted transaction in violation of 18 U.S.C. § 1960.

It appearing that process was fully issued in this action with respect to the defendant currency and returned according to law;

That pursuant to a Warrant of Arrest *In Rem* issued by this Court, the United States Marshal for the District served the said defendant currency on July 25, 2005, and again on September 19, 2006;

That Alberto Montoya filed a claim regarding $34,600.00 of the defendant currency;

That although all known, interested parties were sent notice of this action, no claims were filed regarding the remaining $44,721.00 in U.S. currency according to applicable rules;

That a Partial Default Judgment is appropriate regarding $44,721.00 of the defendant currency because no claim with respect to that portion of the defendant currency was filed within the time permitted by 18 U.S.C. § 983(a)(4)(A); and

That no defense to the forfeiture of $44,721.00 in U.S. currency remains interposed;

Now, therefore, on motion of the plaintiff, the United States of America, for a Partial Default Judgment and Judgment of Forfeiture against $44,721.00 of the *in rem* defendant currency, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that the default of all persons interested in $44,721.00 of the *in rem* defendant currency further identified as:

> **FORTY-FOUR THOUSAND, SEVEN HUNDRED AND TWENTY-ONE DOLLARS ($44,721.00) IN UNITED STATES CURRENCY**

be entered and that no right, title, or interest in the above described defendant currency shall exist in any other party, and that the said portion of the defendant currency be and hereby is forfeited to the United States of America to be disposed of in accordance with law.

The Clerk is hereby directed to send certified copies of this Judgment of Forfeiture against $44,721.00 of the *in rem* defendant currency to the United States Marshals Service and to plaintiff's counsel of record.

Dated this _____ day of _____, 2008.

_____
REGGIE B. WALTON
United States District Judge