UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**         ) | |
| ) | |
| **Plaintiff,**         ) | |
| ) | |
| )         | Civ. No. 05-01364 (RBW) |
| ) | |
| **$79,321.00 IN U.S. CURRENCY,**         ) | |
| ) | |
| **Defendant.**         ) | |
| ) | |
| ) | |
| **ALBERTO MONTOYA,**         ) | |
| ) | |
| **Claimant.**         ) | |
| ) | |

### INITIAL SCHEDULING ORDER

Pursuant to this Court's order of August 19, 2008, setting Initial Scheduling Conference, initial disclosures under Fed. R. Civ. P. 26 are applicable/inapplicable to this case. The parties may use methods of discovery in any sequence in accordance with Fed. R. Civ. P. 26(d). A party's Rule 26(a)(2) statements will be (A) due as provided in the rule; OR, (B) due within 60 days of start of discovery, and an opponent's Rule 26(a)(2) statements will be due within 90 days of start of discovery. The parties shall have until January 30, 2009 to complete discovery. Dispositive motions, if any, shall be filed within 45 days of the close of discovery, Oppositions shall be filed within 20 days thereafter and any Reply shall be filed within 15 days thereafter.

A trial will be scheduled at the pretrial conference which will be held approximately 30

days, if necessary, after the issuance of the Court's ruling on dispositive motions or, if no dispositive motions are filed, after the close of discovery.

      SO ORDERED.

_____      _____
Dated      REGGIE B. WALTON
      United States District Judge